1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 416
   San Jose, California 95113-2404
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   BETTY JEAN NAPIER

6

7

E-filing

Filed

MAY - 7 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF COURT
SAN JOSE CALIFORNIA

8  **IN THE UNITED STATES DISTRICT COURT**
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9  **SAN FRANCISCO/OAKLAND DIVISION**

10  BETTY JEAN NAPIER,                          Case No. **C07    02429**

11                     Plaintiff,                                                    **BZ**

12  v.                                          **COMPLAINT**

13  COLLECTION BUREAU OF AMERICA,               **DEMAND FOR JURY TRIAL**
    LTD., a California corporation, and SHAWN
14  MICHAEL DELUNA, as an individual and in     15 Unites States Code § 1692 *et seq.*
    his official capacity,                      California Civil Code § 1788 *et seq.*
15
                       Defendants.
16

17          Plaintiff, BETTY JEAN NAPIER, based on information and belief and investigation

18  of counsel, except for those allegations which pertain to the named Plaintiff or her attorneys (which

19  are alleged on personal knowledge), hereby makes the following allegations:

20                              **I. INTRODUCTION**

21          1.      This is an action for statutory damages, attorney fees and costs brought by an

22  individual consumer for Defendants' violations of the Fair Debt Collection Practices Act, 15 U.S.C.

23  § 1692, *et seq.* (hereinafter "FDCPA") and the Rosenthal Fair Debt Collection Practices Act,

24  California Civil Code § 1788 *et seq.* (hereinafter "RFDCPA") which prohibits debt collectors from

25  engaging in abusive, deceptive and unfair practices.

26                              **II. JURISDICTION**

27          2.      Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. §

28  1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367.

-1-

1  Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

2        3.    This action arises out of Defendants' violations of the Fair Debt Collection

3  Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

4  **III. VENUE**

5        4.    Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391(b), in

6  that a substantial part of the events or omissions giving rise to the claim occurred in this judicial

7  district. Venue is also proper in this judicial district pursuant to 15 U.S.C. § 1692k(d), in that the

8  Defendants transact business in this judicial district and the violations of the FDCPA complained

9  of occurred in this judicial district.

10  **IV. INTRADISTRICT ASSIGNMENT**

11        5.    This lawsuit should be assigned to the San Francisco/Oakland Division of this

12  Court because a substantial part of the events or omissions which gave rise to this lawsuit occurred

13  in Alameda County.

14  **V. PARTIES**

15        6.    Plaintiff, WILLIE MAE LETT (hereinafter "Plaintiff"), is a natural person

16  residing in Santa Clara County, California. Plaintiff is a "consumer" within the meaning of 15

17  U.S.C. § 1692a(3) and a "debtor" within the meaning of Cal. Civil Code § 1788.2(h).

18        7.    Defendant, COLLECTION BUREAU OF AMERICA, LTD. (hereinafter

19  "CBA"), is a California corporation engaged in the business of collecting debts in this state with its

20  principal place of business located at: 25954 Eden Landing Road, First Floor, Hayward, California

21  94545-3899. CBA may be served as follows: Collection Bureau of America, Ltd., c/o Barry

22  Thompson, Agent for Service of Process, 407 Sherman Avenue, Suite C, Palo Alto, California

23  94306-1872. The principal business of CBA is the collection of debts using the mails and telephone,

24  and CBA regularly attempts to collect debts alleged to be due another. CBA is a "debt collector"

25  within the meaning of 15 U.S.C. § 1692a(6) and Cal. Civil Code § 1788.2(c).

26        8.    Defendant, SHAWN MICHAEL DELUNA (hereinafter "DELUNA"), is a

27  natural person and is or was an employee, agent, officer and/or director of CBA at all relevant times.

28  DELUNA may be served at his current business address at: Shawn Michael Deluna, Collection

1  Bureau of America, Ltd., 25954 Eden Landing Road, First Floor, Hayward, California 94545-3899
2  and at his residence address at: Shawn Michael Deluna, 206 Castilian Way, San Mateo, California
3  94402-2307.  DELUNA is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6) and Cal.
4  Civil Code § 1788.2(c).  Plaintiff is informed and believes, and thereon alleges that DELUNA is
5  liable for the acts of CBA because he sets and approves CBA collection policies, practices,
6  procedures and he directed the unlawful activities described herein.

7      9.      At all times herein mentioned, each of the Defendants was an officer, director,
8  agent, servant, employee and/or joint venturer of his co-defendants, and each of them, and at all said
9  times, each Defendant was acting in the full course and scope of said office, directorship, agency,
10 service, employment and/or joint venture.  Any reference hereafter to "Defendants" without further
11 qualification is meant by Plaintiff to refer to each Defendant, and all of them, named above.

12                                **VI. FACTUAL ALLEGATIONS**

13     10.     On a date or dates unknown to the Plaintiff, Plaintiff is alleged to have
14 incurred a financial obligation that was primarily for personal, family or household purposes, namely
15 a medical debt alleged to be owed to Stanford University Medical Center (hereinafter "the alleged
16 debt").  The financial obligation alleged to be owed to Stanford University Medical Center by the
17 Plaintiff is a "debt" as that term is defined by 15 U.S.C. § 1692a(5) and a "consumer debt" as that
18 term is defined by Cal. Civil Code § 1788.2(f).

19     11.     Sometime thereafter, on a date unknown to the Plaintiff, the alleged debt was
20 consigned, placed or otherwise transferred to Defendants for collection from the Plaintiff.

21     12.     Thereafter, Defendants sent a collection letter (Exhibit "1") to Plaintiff which
22 is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

23     13.     A true and accurate copy of the first collection letter from Defendants to
24 Plaintiff is attached hereto, marked Exhibit "1," and by this reference is incorporated herein.

25     14.     The first collection letter (Exhibit "1") is dated January 22, 2007.

26     15.     The first collection letter (Exhibit "1") was sent in an envelope on which a
27 postage meter stamp dated January 23, 2007, was imprinted.

28     16.     Plaintiff is informed and believes, and thereon alleges that Defendants

1    deposited the envelope containing the first collection letter (Exhibit "1") in the United States Mail
2    on or about January 23, 2007.

3           17.    Plaintiff received the envelope containing the first collection letter (Exhibit
4    "1") from Defendants on or after January 24, 2007.

5           18.    The collection letter (Exhibit "1") was the Defendants' first written notice
6    initially addressed to the Plaintiff in connection with collecting the debt alleged to be originally
7    owed to Stanford University Medical Center.

8           19.    Thereafter, Defendants sent a second collection letter (Exhibit "2") to Plaintiff
9    which is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. §
10    1692a(2).

11           20.    A true and accurate copy of the second collection letter from Defendants to
12    Plaintiff is attached hereto, marked Exhibit "2," and by this reference is incorporated herein.

13           21.    The second collection letter (Exhibit "2") is dated February 12, 2007.

14           22.    The second collection letter (Exhibit "2") was sent in an envelope on which
15    a postage meter stamp dated February 12, 2007, was imprinted.

16           23.    Plaintiff is informed and believes, and thereon alleges that Defendants
17    deposited the envelope containing the second collection letter (Exhibit "2") in the United States Mail
18    on or about February 12, 2007.

19           24.    Plaintiff received the envelope containing the second collection letter (Exhibit
20    "2") from Defendants on or after February 13, 2007.

21           25.    On or about February 20, 2007, Plaintiff mailed a letter to Defendants which
22    stated: "please be advised that I dispute this debt and refuse to pay."

23           26.    A true and accurate copy of the Plaintiff's letter disputing the debt and
24    refusing to pay the debt is attached hereto, marked Exhibit "3," and by this reference is incorporated
25    herein.

26           27.    Defendants received Plaintiff's letter disputing the alleged debt and refusing
27    to pay the alleged debt (Exhibit "3") on or about February 22, 2007.

28           28.    A true and accurate copy of the USPS Tracking Report and Certified Mail

1  Return Receipt evidencing Defendants' receipt of Plaintiff's letter disputing the alleged debt and

2  refusing to pay the alleged debt (Exhibit "3") is attached hereto, marked Exhibit "4," and by this

3  reference is incorporated herein.

4         29.    After receiving Plaintiff's letter disputing the alleged debt (Exhibit "3"),

5  Defendants continued their collection efforts without first obtaining and mailing Plaintiff a

6  validation of the debt being collected.

7         30.    After receiving Plaintiff's letter notifying Defendants of her refusal to pay the

8  alleged debt (Exhibit "3"), Defendants continued to communicate with the Plaintiff in an attempt

9  to collect the alleged debt.

10        31.    Thereafter, Defendants sent a third collection letter (Exhibit "5") to Plaintiff

11  which is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. §

12  1692a(2).

13        32.    A true and accurate copy of the third collection letter from Defendants to

14  Plaintiff is attached hereto, marked Exhibit "5," and by this reference is incorporated herein.

15        33.    The third collection letter (Exhibit "5") is dated March 5, 2007.

16        34.    The third collection letter (Exhibit "5") was sent in an envelope on which a

17  postage meter stamp dated March 6, 2007, was imprinted.

18        35.    Plaintiff is informed and believes, and thereon alleges that Defendants

19  deposited the envelope containing the third collection letter (Exhibit "5") in the United States Mail

20  on or about March 6, 2007.

21        36.    Plaintiff received the envelope containing the third collection letter (Exhibit

22  "5") from Defendants on or after March 7, 2007.

23                                **VII.  CLAIMS**

24                     **FAIR DEBT COLLECTION PRACTICES ACT**

25        37.    Plaintiff brings the first claim for relief against Defendants under the Federal

26  Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

27        38.    Plaintiff repeats, realleges and incorporates by reference paragraphs 1 through

28  36 above.

                                      -5-

39.     Plaintiff is a "consumer" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(3).

40.     Defendant, CBA, is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6).

41.     Defendant, DELUNA, is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6).

42.     The financial obligation alleged to be owed to Stanford University Medical Center by the Plaintiff is a "debt" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(5).

43.     Defendants have violated the FDCPA in the following respects:

        a.      Defendants continued to communicate with the Plaintiff in an attempt to collect the alleged debt after receiving a written notification that Plaintiff refused to pay the debt being collected, in violation of 15 U.S.C. § 1692c(c); and

        b.      Defendants continued their collection efforts against Plaintiff after receiving a written notification within the thirty-day validation period from Plaintiff disputing the debt being collected in its entirety without first obtaining a verification of the alleged debt and mailing a copy of such verification to the Plaintiff, in violation of 15 U.S.C. § 1692g(b).

44.     Defendants' acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

45.     As a result of the Defendants' violations of the FDCPA, the Plaintiff is entitled to an award of statutory damages, costs and reasonable attorneys fees, pursuant to 15 U.S.C.§ 1692k.

**ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT**

46.     Plaintiff brings the second claim for relief against Defendants under the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), California Civil Code §§ 1788-1788.33.

47.     Plaintiff repeats, realleges and incorporates by reference paragraphs 1 through

1  45 above.

2        48.  Plaintiff is a "debtor" as that term is defined by the RFDCPA, Cal. Civil Code

3  § 1788.2(h).

4        49.  Defendant, CBA, is a "debt collector" as that term is defined by the RFDCPA,

5  Cal. Civil Code § 1788.2(c).

6        50.  Defendant, DELUNA, is a "debt collector" as that term is defined by the

7  RFDCPA, Cal. Civil Code § 1788.2(c).

8        51.  The financial obligation alleged to be owed to Stanford University Medical

9  Center by Plaintiff is a "consumer debt" as that term is defined by the RFDCPA, Cal. Civil Code

10  § 1788.2(f).

11        52.  Defendants have violated the RFDCPA in the following respects:

12        a.  Defendants continued to communicate with the Plaintiff in an attempt

13        to collect the alleged debt after receiving a written notification that

14        Plaintiff refused to pay the debt being collected, in violation of 15

15        U.S.C. § 1692c(c), as incorporated by Cal. Civil Code § 1788.17; and

16        b.  Defendants continued their collection efforts against Plaintiff after

17        receiving a written notification within the thirty-day validation period

18        from Plaintiff disputing the debt being collected in its entirety

19        without first obtaining a verification of the debt and mailing a copy

20        of such verification to the Plaintiff, in violation of 15 U.S.C. §

21        1692g(b), as incorporated by Cal. Civil Code § 1788.17.

22        53.  Defendants' acts as described above were done willfully and knowingly with

23  the purpose of coercing Plaintiff to pay the alleged debt, within the meaning of Cal. Civil Code §

24  1788.30(b).

25        54.  As a result of the Defendants' willful and knowing violations of the RFDCPA,

26  the Plaintiff is entitled to an award of a statutory penalty in an amount not less than one hundred

27  dollars ($100) nor greater than one thousand dollars ($1,000), pursuant to Cal. Civil Code §

28  1788.30(b).

1    55.    As a result of the Defendants' violations of the RFDCPA, the Plaintiff is

2    entitled to an award of statutory damages pursuant to 15 U.S.C.§ 1692k(a)(2)(A), as incorporated

3    by Cal. Civil Code § 1788.17.

4    56.    As a result of the Defendants' violations of the RFDCPA the Plaintiff is

5    entitled to an award of her reasonable attorney's fees and costs pursuant to Cal. Civil Code §

6    1788.30(c) and 15 U.S.C.§ 1692k(a)(3), as incorporated by Cal. Civil Code § 1788.17.

7    57.    Pursuant to Cal. Civil Code § 1788.32, the remedies provided under the

8    RFDCPA are intended to be cumulative and in addition to any other procedures, rights or remedies

9    that the Plaintiff may have under any other provision of law.

10    **VIII.  REQUEST FOR RELIEF**

11    The Plaintiff requests that this Court:

12    a.    Assume jurisdiction in this proceeding;

13    b.    Declare that Defendants' violated the Fair Debt Collection Practices Act, 15 U.S.C.

14    §§ 1692c(c) and 1692g(b);

15    c.    Declare that Defendants' violated the Rosenthal Fair Debt Collection Practices Act,

16    Cal. Civil Code § 1788.17;

17    d.    Award the Plaintiff statutory damages in an amount not exceeding $1,000 pursuant

18    to 15 U.S.C. § 1692k(a)(2)(A);

19    e.    Award the Plaintiff a statutory penalty in an amount not less than $100 nor greater

20    than $1,000 pursuant to Cal. Civil Code § 1788.30(b);

21    f.    Award the Plaintiff statutory damages in an amount not exceeding $1,000 pursuant

22    to 15 U.S.C. § 1692k(a)(2)(A), as incorporated by Cal. Civil Code § 1788.17;

23    g.    Award the Plaintiff the costs of this action and reasonable attorneys fees pursuant to

24    15 U.S.C.§ 1692k(a)(3) and Cal. Civil Code §§ 1788.17 and 1788.30(c); and

25    h.    Award the Plaintiff such other and further relief as may be just and proper.

26    ///

27    ///

28    ///

-8-

1

CONSUMER LAW CENTER, INC.

2

3          By: /s/ Fred W. Schwinn
                Fred W. Schwinn, Esq.
                Attorney for Plaintiff
4               BETTY JEAN NAPIER

5

6          **CERTIFICATION PURSUANT TO CIVIL L.R. 3-16**

7          Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

8    named parties, there is no such interest to report.

9                                    /s/ Fred W. Schwinn
                                     Fred W. Schwinn, Esq.

10

11         **DEMAND FOR JURY TRIAL**

12         PLEASE TAKE NOTICE that Plaintiff, BETTY JEAN NAPIER, hereby demands a trial by

13   jury of all triable issues of fact in the above-captioned case.

14                                   /s/ Fred W. Schwinn
                                     Fred W. Schwinn, Esq.
15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                      -9-

PAYING BY VISA OR MASTERCARD OR
AMERICAN EXPRESS, FILL OUT BELOW

VISA ☐   ☐   ☐

Credit Card #:

Name:

Signature:

| AMOUNT: | EXP: |



**COLLECTION BUREAU OF AMERICA**
25964 EDEN LANDING ROAD, 1ST FLOOR, HAYWARD, CA 94545-3816
P.O. BOX 5013, HAYWARD, CA 94540-5013

**CREDITOR:** STANFORD UNIVERSITY MEDICAL
**ACCOUNT NO:** 15561936
**PRINCIPAL:** $     488.16
**LATE PAYMENT CHARGE/INTEREST:** $      78.71
**TOTAL:** $     566.87

January 22, 2007



10423754
Betty Napier
6440 Greenfield Dr
Gilroy  CA  95020-3433

II1.1...I1.I1.1....III.1....I1.I1.1..1.1.I1..11...1.1..I1..1..11...1.I1

**REMIT TO:**

CBA
PO BOX 5013
HAYWARD, CA  94540-5013

**WARNING:** If paying by AutoPay or Credit Card there is a fee of $5.99. This fee is the cost of providing these additional payment options to you. By choosing either of these options you agree to pay this fee, which shall be added to each payment.

98NCRS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT        C006374

PLEASE PHONE 888-656-9285 510-781-5135          Mon - Thur: 6am to 7pm / Fri: 6am to 5pm P.S.T.

**\*\*\* For 24 hour automated payment processing call 888-454-0313 or
You may visit our Pay Web Site @ www.PAYCBA.com to make your payment. \*\*\*
Please reference account #10423754**

**\*\*\*\* Visa - Master Card - American Express accepted \*\*\*\*
\*\*\*\* Automatic Payment Check By Phone \*\*\*\*
\*\*\*\* Western Union Quick Collect \*\*\*\***

THIS ACCOUNT HAS BEEN ASSIGNED WITH OUR OFFICE FOR COLLECTION.

This notice has been sent by a collection agency.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice this office will: obtain verification of the debt or obtain a copy of a judgment and will mail you a copy of such judgment or verification.

If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

You may receive an automated call. If you do not wish to receive this call, please contact our office promptly.

Sincerely,

SHAWN MOONS -- Debt Collector

Collection Bureau of America

> **EXHIBIT**
> **1**

| CREDITOR | AMOUNT | INTER | | |
|---|---|---|---|---|
| \* STANFORD UNIVERSITY MEDICAL | 21.70 | 2.58 | 0.00 | 24.28 |
| \* STANFORD UNIVERSITY MEDICAL | 2.17 | 0.35 | 0.00 | 2.52 |
| OTHER CREDITORS | 464.29 | 75.78 | 0.00 | 540.07 |
| TOTAL | 488.16 | 78.71 | 0.00 | 566.87 |

This is an attempt to collect a debt. Any information obtained will be used for this purpose.

"We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law."

For Colorado residents only:

For Information about The Colorado Fair Debt Collection Practices Act, See WWW.AGO.STATE.CO.US/CADC/CADCMAIN.CFM. This Communication Is From A Debt Collector.

For Massachusetts residents only:

Our Local Office: CT Corporation Systems 101 Federal Street, Boston, MA 02110 Telephone: (617) 675-6400 Hours: 8:00 a.m. to 5:00 p.m.

For Maine residents only:

Our Local Office: CT Corporation System One Portland Square Portland, ME 04101 Telephone: ( 207) 774-4000 Hours: 8:00 a.m. to 5:00 p.m.

For New York residents only:  License #207851

For Minnesota residents only:

"This collection agency is licensed by the Minnesota Department of Commerce."

For North Carolina residents only:  PERMIT # 3381

For Tennessee residents only:

"This collection agency is licensed by the Collection Service Board, State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, Tennessee 37243."

For Utah residents only:

As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Additional California Notice:

"The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877 FTC-HELP or www.ftc.gov."

## CONSUMER RIGHTS

This Notice Has Been Sent By A Collection Agency. This Is An Attempt To Collect A Debt. Any Information Obtained Will Be Used For That Purpose.

Unless You Notify This Office Within 30 Days After Receiving This Notice That You Dispute The Validity Of The Debt Or Any Portion Thereof, This Office Will Assume This Debt Is Valid. If You Notify This Office In Writing Within 30 Days From Receiving This Notice This Office Will: Obtain Verification Of The Debt Or Obtain A Copy Of A Judgment And Will Mail You A Copy Of Such Judgment Or Verification.

If You Request This Office In Writing Within 30 Days After Receiving This Notice, This Office Will Provide You With The Name And Address Of The Original Creditor, If Different From The Current Creditor.

25954 EDEN LANDING ROAD
HAYWARD CA 94545-3816

RETURN SERVICE REQUESTED



| PAYING BY VISA OR MASTERCARD OR AMERICAN EXPRESS, FILL OUT BELOW | |
| --- | --- |
| ☐   ☐   ☐ | |
| Credit Card #: | |
| Name: | |
| Signature: | |
| AMOUNT: | EXP: |

STANFORD UNIVERSITY MEDICAL

ACCOUNT NO.

PRINCIPAL: $           488.16
LATE PAYMENT OR INTEREST:              81.51
TOTAL: $           569.67

February 12, 2007

10423754
Betty Napler
6440 Greenfield Dr
Gilroy CA 95020-3433

REMIT TO:
CBA
PO BOX 5013
HAYWARD, CA 94540-5013

**WARNING:** If paying by AutoPay or Credit Card there is a fee of $5.99. This fee is the cost of providing these additional payment options to you. By choosing either of these options you agree to pay this fee, which shall be added to each payment.

2NDNCR

- - - - - - - PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT - - - - - - -   C010914

PLEASE PHONE 888-656-9285 510-781-5135

\*\*\* For 24 hour automated payment processing call 888-454-0313 or
You may visit our Pay Web Site @ www.PAYCBA.com to make your payment. \*\*\*
Please reference account #10423754

\*\*\*\* Visa - Master Card - American Express accepted \*\*\*\*
\*\*\*\* Automatic Payment Check By Phone \*\*\*\*
\*\*\*\* Western Union Quick Collect \*\*\*\*

We sent you a first notice which included certain rights under the fair debt collection practices act. You are still within the original 30 day period, as stated on our first notice.

Your payment, or any questions you may have, should be directed to this office to ensure proper credit to your account.

You may receive an automated call. If you do not wish to receive this call. Please contact our office promptly.

Sincerely,

MRS TOM -- Debt Collector

Collection Bureau of America

| CREDITOR | AMOUNT | INTER | | |
| --- | --- | --- | --- | --- |
| STANFORD UNIVERSITY MEDICAL | 21.70 | 2.70 | 0.00 | 24.40 |
| STANFORD UNIVERSITY MEDICAL | 2.17 | 0.37 | 0.00 | 2.54 |
| OTHER CREDITORS | 464.29 | 78.44 | 0.00 | 542.73 |
| TOTAL | 488.16 | 81.51 | 0.00 | 569.67 |

**EXHIBIT**
2

This is an attempt to collect a debt. Any information obtained will be used for this purpose.

2NDNCR          SEE IMPORTANT CONSUMER INFORMATION ON REVERSE SIDE          10423754

"We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law."

For Colorado residents only:

For Information about The Colorado Fair Debt Collection Practices Act, See WWW.AGO.STATE.CO.US/CADC/CADCMAIN.CFM. This Communication Is From A Debt Collector.

For Massachusetts residents only:

Our Local Office: CT Corporation Systems 101 Federal Street, Boston, MA 02110 Telephone: (617) 675-6400 Hours: 8:00 a.m. to 5:00 p.m.

For Maine residents only:

Our Local Office: CT Corporation System One Portland Square Portland, ME 04101 Telephone:  (207) 774-4000 Hours: 8:00 a.m. to 5:00 p.m.

For New York residents only:  License # 207851

For Minnesota residents only:

"This collection agency is licensed by the Minnesota Department of Commerce."

For North Carolina residents only:  PERMIT # 3381

For Tennessee residents only:

"This collection agency is licensed by the Collection Service Board, State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, Tennessee 37243."

For Utah residents only:

As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Additional California Notice:

"The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877 FTC-HELP or www.ftc.gov."

25954 EDEN LANDING ROAD
HAYWARD CA 94545-3816

RETURN SERVICE REQUESTED

10423734
Betty Napier
6440 Greenfield Dr
Gilroy CA 95020-3433

# REFUSE TO PAY LETTER

February 16, 2007

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**7005-3110-0000-4788-3711**

Collection Bureau of America
25954 Eden Landing Road, 1st Floor
Hayward, CA  94540-5013

Re:   Creditor:      Stanford University Medical
        Account No.:  15561936

Dear Sir or Madam:

I have enclosed a copy of the last collection letter that you sent to me.

In this regard, please be advised that I dispute this debt and refuse to pay.

PLEASE MARK YOUR FILES ACCORDINGLY.

Trusting in your good offices, I remain . . .

Very Truly Yours,

Betty Jean Napier
6440 Green Field Drive
Gilroy, CA  95020-3433



**EXHIBIT**
**3**

PAYING BY VISA OR MASTERCARD OR
AMERICAN EXPRESS, FILL OUT BELOW



**VISA** ☐   ☐   ☐

Credit Card #:

Name:

Signature:

AMOUNT:          EXP:

**COLLECTION BUREAU OF AMERICA**
25964 EDEN LANDING ROAD, 1ST FLOOR, HAYWARD, CA 94545-3816
P.O. BOX 5013, HAYWARD, CA 94540-5013

**CREDITOR:** STANFORD UNIVERSITY MEDICAL
**ACCOUNT NO:** 15561936
**PRINCIPAL:** $        488.16
**LATE PAYMENT CHARGE/INTEREST:** $        78.71
**TOTAL:** $        566.87

January 22, 2007



10423754
Betty Napier
6440 Greenfield Dr
Gilroy CA 95020-3433

**REMIT TO:**
**CBA**
**PO BOX 5013**
**HAYWARD, CA 94540-5013**

**WARNING:** If paying by AutoPay or Credit Card there is a fee of $5.99. This fee is the cost of providing these additional payment options to you. By choosing either of these options you agree to pay this fee, which shall be added to each payment.

98NCRS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT

C006374

PLEASE PHONE 888-656-9285 510-781-5135          Mon - Thur: 6am to 7pm / Fri: 6am to 5pm P.S.T.

*** For 24 hour automated payment processing call 888-454-0313 or
You may visit our Pay Web Site @ www.PAYCBA.com to make your payment. ***
Please reference account #10423754

**** Visa - Master Card - American Express accepted ****
**** Automatic Payment Check By Phone ****
**** Western Union Quick Collect ****

THIS ACCOUNT HAS BEEN ASSIGNED WITH OUR OFFICE FOR COLLECTION.

This notice has been sent by a collection agency.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice this office will: obtain verification of the debt or obtain a copy of a judgment and will mail you a copy of such judgment or verification.

If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

You may receive an automated call. If you do not wish to receive this call, please contact our office promptly.

Sincerely,

SHAWN MOONS -- Debt Collector

Collection Bureau of America

| CREDITOR | AMOUNT | INTER | | |
|---|---|---|---|---|
| * STANFORD UNIVERSITY MEDICAL | 21.70 | 2.58 | 0.00 | 24.28 |
| * STANFORD UNIVERSITY MEDICAL | 2.17 | 0.35 | 0.00 | 2.52 |
| OTHER CREDITORS | 464.29 | 75.78 | 0.00 | 540.07 |
| TOTAL | 488.16 | 78.71 | 0.00 | 566.87 |

This is an attempt to collect a debt. Any information obtained will be used for this purpose.

98NCRS          SEE IMPORTANT CONSUMER INFORMATION ON REVERSE SIDE          10423754

"We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law."

For Colorado residents only:

For Information about The Colorado Fair Debt Collection Practices Act, See WWW.AGO.STATE.CO.US/CADC/CADCMAIN.CFM. This Communication Is From A Debt Collector.

For Massachusetts residents only:

Our Local Office: CT Corporation Systems 101 Federal Street, Boston, MA 02110 Telephone: (617) 675-6400 Hours: 8:00 a.m. to 5:00 p.m.

For Maine residents only:

Our Local Office: CT Corporation System One Portland Square Portland, ME 04101 Telephone: ( 207) 774-4000 Hours: 8:00 a.m. to 5:00 p.m.

For New York residents only:  License #207851

For Minnesota residents only:

"This collection agency is licensed by the Minnesota Department of Commerce."

For North Carolina residents only:  PERMIT # 3381

For Tennessee residents only:

"This collection agency is licensed by the Collection Service Board, State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, Tennessee 37243."

For Utah residents only:

As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Additional California Notice:

"The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877 FTC-HELP or www.ftc.gov."

## CONSUMER RIGHTS

This Notice Has Been Sent By A Collection Agency. This Is An Attempt To Collect A Debt. Any Information Obtained Will Be Used For That Purpose.

Unless You Notify This Office Within 30 Days After Receiving This Notice That You Dispute The Validity Of The Debt Or Any Portion Thereof, This Office Will Assume This Debt Is Valid. If You Notify This Office In Writing Within 30 Days From Receiving This Notice This Office Will: Obtain Verification Of The Debt Or Obtain A Copy Of A Judgment And Will Mail You A Copy Of Such Judgment Or Verification.

If You Request This Office In Writing Within 30 Days After Receiving This Notice, This Office Will Provide You With The Name And Address Of The Original Creditor, If Different From The Current Creditor.


**UNITED STATES POSTAL SERVICE®**

Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 3110 0000 4788 3711**
Detailed Results:

- **Delivered, February 22, 2007, 5:50 am, HAYWARD, CA 94540**
- **Notice Left, February 21, 2007, 7:50 am, HAYWARD, CA 94540**
- **Acceptance, February 20, 2007, 3:35 pm, SAN JOSE, CA 95113**

**Track & Confirm**

Enter Label/Receipt Number.

( < Back )          ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.   ( Go > )

---

**POSTAL INSPECTORS**       site map    contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust                 Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. ■ Print your name and address on the reverse so that we can return the card to you. ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _Diane Hake_  ☐ Agent ☐ Addressee  B. Received by ( Printed Name )  PARKER  C. Date of Delivery  2-22-57 |
| 1. Article Addressed to:  _Collection Bureau of America_  _25954 Eden Landing Road_  _1 st Floor_  _Hayward CA 94540-5013_ | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No  FEB 22 2007  3. Service Type  ☐ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.  4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number  (Transfer from service label)  7005 3110 0000 4788 3711 | |
| PS Form 3811, February 2004       Domestic Return Receipt | 102595-02-M-1540 |

**EXHIBIT**

4

| PAYING BY VISA OR MASTERCARD OR AMERICAN EXPRESS, FILL OUT BELOW | | COLLECTION BUREAU OF AMERICA |
|---|---|---|
| | | 25954 EDEN LANDING ROAD, 1ST FLOOR, HAYWARD, CA 94545-3816 P.O. BOX 5013, HAYWARD, CA 94540-5013 |



| | | | | | |
|---|---|---|---|---|---|
| VISA ☐ | | ☐ | | ☐ | CREDITOR: STANFORD UNIVERSITY MEDICAL |
| Credit Card #: | | | | | ACCOUNT NO: 15561936 |
| Name: | | | | | PRINCIPAL: $ 488.16 |
| Signature: | | | | | LATE PAYMENT CHARGE/INTEREST: $ 84.35 |
| AMOUNT: | | EXP: | | | TOTAL: $ 572.51 |

March 5, 2007



10423754
Betty Napier
6440 Greenfield Dr
Gilroy CA 95020-3433

IIlululddIlmuudIlIuulIululmIIuIIuIIuuIlul

REMIT TO:

CBA
PO BOX 5013
HAYWARD, CA 94540-5013

**WARNING:** If paying by AutoPay or Credit Card there is a fee of $5.99. This fee is the cost of providing these additional payment options to you. By choosing either of these options you agree to pay this fee, which shall be added to each payment.

3RDNCR

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT    C017635

PLEASE PHONE: 800-655-9285 510-785-5135    Mon - Thur: 6am to 7pm / Fri 6am to 6pm P.S.T

\*\*\* For 24 hour automated payment processing call 888-454-0313 or
You may visit our Pay Web Site @ www.PAYCBA.com to make your payment. \*\*\*
Please reference account #10423754

\*\*\*\* Visa - Master Card - American Express accepted \*\*\*\*
\*\*\*\* Automatic Payment Check By Phone \*\*\*\*
\*\*\*\* Western Union Quick Collect \*\*\*\*

We request that you contact our office within three days from the postmark on this envelope or return this letter with payment in full to Collection Bureau of America.

Sincerely,

MRS TOM -- Debt Collector

Collection Bureau of America

|     CREDITOR               | AMOUNT | INTER |      |        |
|----------------------------|--------|-------|------|--------|
| STANFORD UNIVERSITY MEDICAL | 21.70  | 2.83  | 0.00 | 24.53  |
| STANFORD UNIVERSITY MEDICAL | 2.17   | 0.38  | 0.00 | 2.55   |
| OTHER CREDITORS            | 464.29 | 81.14 | 0.00 | 545.43 |
|     TOTAL                  | 488.16 | 84.35 | 0.00 | 572.51 |

EXHIBIT
5

This is an attempt to collect a debt. Any information obtained will be used for this purpose.

"We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law."

For Colorado residents only:

For Information about The Colorado Fair Debt Collection Practices Act, See WWW.AGO.STATE.CO.US/CADC/CADCMAIN.CFM. This Communication Is From A Debt Collector.

For Massachusetts residents only:

Our Local Office: CT Corporation Systems 101 Federal Street, Boston, MA 02110 Telephone: (617) 675-6400 Hours: 8:00 a.m. to 5:00 p.m.

For Maine residents only:

Our Local Office: CT Corporation System One Portland Square Portland, ME 04101 Telephone: (207) 774-4000 Hours: 8:00 a.m. to 5:00 p.m.

For New York residents only: License # 207851

For Minnesota residents only:

"This collection agency is licensed by the Minnesota Department of Commerce."

For North Carolina residents only:  PERMIT # 3381

For Tennessee residents only:

"This collection agency is licensed by the Collection Service Board, State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, Tennessee 37243."

For Utah residents only:

As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Additional California Notice:

"The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877 FTC-HELP or www.ftc.gov."



RETURN SERVICE REQUESTED

25954 EDEN LANDING ROAD
HAYWARD CA 94545-3816

