# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

ADR

BETTY JEAN NAPIER

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **C07 02429**

v.

COLLECTION BUREAU OF AMERICA, LTD., and SHAWN MICHAEL DELUNA

**BZ**

TO:

Collection Bureau of America, Ltd.
c/o Barry Thompson, Agent for Service
407 Sherman Avenue, Suite C
Palo Alto, California 94306-1872

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 416
San Jose, CA 95113-2404

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**RICHARD W. WIEKING**

CLERK

5-7-7

DATE

Betty J. Walton

(BY) DEPUTY CLERK

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Fred W Schwinn, 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 416<br>SAN JOSE, CA 95113-2404<br>TELEPHONE NO.: (408) 294-6100<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA 94102 | |
| PLAINTIFF/PETITIONER: Betty Jean Napier<br>DEFENDANT/RESPONDENT: Collection Bureau of America, Ltd., et al. | CASE NUMBER:<br>C07-02429-BZ |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>C07-02429-BZ |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of: Summons In A Civil Case, Complaint, Order Setting Initial Case Management COnference and ADR Deadline Order Setting Case Management Conference, Notice of Assignment of Case To A United States Magistrate Judge, Consent to Proceed Before A United States Magistrate Judge, SEE ATTACHMENT
3. a. Party served: Collection Bureau of America, Ltd.

   b. Person Served: Barry Thompson - Person authorized to accept service of process

BY FAX

4. Address where the party was served: 407 Sherman Avenue C
   Palo Alto, CA 94306
5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) or *(date)*: May 16, 2007 (2) at *(time)*: 10:25 am
6. The "Notice to the Person Served" (on the summons) was completed as follows:

7. **Person who served papers**
   a. Name: Ceaser Railey
   b. Address: One Legal, Inc. - 132-Marin
   504 Redwood Blvd #223
   Novato, CA 94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 64.00
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No. 850
         (iii) County ALAMEDA
8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: May 22, 2007

Ceaser Railey
(NAME OF PERSON WHO SERVED PAPERS)

(SIGNATURE)

# ONE LEGAL, INC.



## CONFIRMATION For **Service of Process**

Date: 5/22/2007

**ONE LEGAL, INC. CONFIRMATION FOR ORDER NO:** 6640463

Customer CONSUMER LAW CENTER
Customer No. 0055054
Address 12 S 1ST ST STE 416
SAN JOSE, CA 95113-2404

Attorney Fred W Schwinn
Attorney e-mail fred.schwinn@sjconsumerlaw.com
Contact Fred W Schwinn
Contact e-mail fred.schwinn@sjconsumerlaw.com
Contact Phone (408) 294-6100
Contact Fax (408) 294-6190
Law Firm File Number C07-02429-BZ

**Case Information:**

Case Number C07-02429-BZ
County SAN FRANCISCO
Court Northern District of California
Case Short Title Betty Jean Napier vs. Collection Bureau of America, Ltd., et al.

**Documents Received:** **No. Docs:** 11 **No. Pgs:** 61

Summons In A Civil Case, Complaint, Order Setting Initial Case Management COnference and ADR Deadlines, Order Setting Case Management Conference, Notice of Assignment of Case To A United States Magistrate Judge, Consent to Proceed Before A United States Magistrate Judge, SEE ATTACHMENT

Party to Serve: Collection Bureau of America, Ltd.

Service address: 407 Sherman Avenue C
Palo Alto, CA 94306

**This is a Confirmation Only. Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served | Standard | 44.00 |
| Faxed back: 5/23/2007 | Surcharge | 20.00 |
| | Check No. | **Total:** 64.00 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
SOP Northern Branch, Ph: 510-835-3100, Fx: 510-873-0984
Thank you for choosing One Legal for your process serving needs.