# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

BETTY JEAN NAPIER

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

COLLECTION BUREAU OF AMERICA, LTD., and SHAWN MICHAEL DELUNA

**C07 02429 BZ**

TO:

Shawn Michael Deluna
Collection Bureau of America, Ltd.
25954 Eden Landing Road, First Floor
Hayward, California 94545-3899

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Fred W. Schwinn, Esq.
Consumer Law Center, Inc.
12 South First Street, Suite 416
San Jose, CA 95113-2404

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING

CLERK

Betty J. Walton

5-7-7

DATE

(BY) DEPUTY CLERK

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Fred W  Schwinn, 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 416<br>SAN JOSE, CA  95113-2404<br>TELEPHONE NO.: (408) 294-6100<br>ATTORNEY FOR (Name): Plaintiff | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA  94102 | |

| PLAINTIFF/PETITIONER: Betty Jean Napier | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Collection Bureau of America, Ltd., et al. | C07-02429-BZ |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.:<br>C07-02429-BZ |
|---|---|

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons In A Civil Case, Complaint, Order Setting Initial Case Management COnference and ADR Deadlines, Order Setting Case Management Conference, Notice of Assignment of Case To A United States Magistrate Judge, Consent to Proceed Before A United States Magistrate Judge, SEE ATTACHMENT

3. a. Party served:    Shawn Michael Deluna

   b. Person Served: Melissa Doe, Receptionist - Person in Charge of Office

**BY FAX**

4. Address where the party was served:   25954 Eden Landing Road 1st Floor
   Hayward, CA  94545

5. I served the party
   b. **by substituted service.** On (date): May 14, 2007    at (time): 12:30 pm   I left the documents listed in item 2 with or in the presence of: Melissa Doe, Receptionist
   (1) **(business)**   a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. **Person who served papers**
   a. Name:    Roderick Thompson
   b. Address:   One Legal, Inc. - 132-Marin
   504 Redwood Blvd #223
   Novato, CA  94947
   c. Telephone number: 415-491-0606
   d. The fee for service was: $: 69.25
   e. I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 746
         (iii) County ALAMEDA

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date: May 16, 2007

Roderick Thompson
(NAME OF PERSON WHO SERVED PAPERS)

(SIGNATURE)

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. July 1, 2004]

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

FF# 6640464

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Fred W Schwinn, 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 416<br>SAN JOSE, CA 95113-2404 | (408) 294-6100 | |
| | Ref. No. or File No.<br>C07-02429-BZ | |
| ATTORNEY FOR (Name): Plaintiff | | |

Insert name of court, judicial district or branch court, if any:

United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

PLAINTIFF:

Betty Jean Napier

DEFENDANT:

Collection Bureau of America, Ltd., et al.

| **DECLARATION OF DILIGENCE** | | | | CASE NUMBER:<br>C07-02429-BZ |
|---|---|---|---|---|

I received the within process on May 8, 2007 and that after due and diligent effort I have been unable to personally serve said party. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

PARTY SERVED: Shawn Michael Deluna

(1) BUSINESS: Collection Bureau of America, 25954 Eden Landing Road, 1st Floor, Hayward, CA 94545
(2) HOME: 206 Castilian Way, San Mateo, CA 94402

As enumerated below:

May 10, 2007  02:00 PM   at address (1) above. Not available.
May 11, 2007  03:40 PM   at address (1) above. Not available.
May 14, 2007  12:30 PM   at address (1) above. Not in..

Registered California process server.
County: ALAMEDA
Registration No.: 746
Expiration: July 14, 2008

Roderick Thompson
One Legal, Inc.
504 Redwood Blvd #223
Novato, CA 94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on May 16, 2007 at Oakland, California.

*Roderick Thompson*

Roderick Thompson

FF# 6640464

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Fred W   Schwinn, 225575<br>CONSUMER LAW CENTER<br>12 S 1ST ST STE 416<br>SAN JOSE, CA  95113-2404 | (408) 294-6100 | |
| ATTORNEY FOR *(Name)*:  Plaintiff | Ref. No. or File No.<br>C07-02429-BZ | |

| Insert name of court, judicial district or branch court, if any: |
|---|
| United States District Court<br>450 Golden Gate Avenue<br>San Francisco, CA  94102 |

| PLAINTIFF: |
|---|
| Betty Jean Napier |

| DEFENDANT: |
|---|
| Collection Bureau of America, Ltd., et al. |

| **PROOF OF SERVICE BY MAIL** | CASE NUMBER:<br>C07-02429-BZ |
|---|---|

I am a citizen of the United States, over the age of 18 and not a party to the within action. My business address is 504 Redwood Blvd #223, Novato, CA  94947.

On May 16, 2007, after substituted service under section CCP 415.20(a) or 415.20(b) or FRCIV.P 4(d)(1) was made, I mailed copies of the:

Summons In A Civil Case, Complaint, Order Setting Initial Case Management COnference and ADR Deadlines, Order Setting Case Management Conference, Notice of Assignment of Case To A United States Magistrate Judge, Consent to Proceed Before A United States Magistrate Judge, SEE ATTACHMENT

to the person to be served at the place where the copies were left by placing a true copy thereof enclosed in a sealed envelope, with First Class postage thereon fully prepaid, in the United States Mail at Oakland, CA, California, addressed as follows:

Shawn Michael Deluna
25954 Eden Landing Road, 1st Floor.
Hayward, CA  94545

I am readily familiar with the firm's practice for collection and processing of documents for mailing. Under that practice, it would be deposited within the United States Postal Service, on that same day, with postage thereon fully prepaid, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

$: 69.25

Fee for Service:

Monica Castaneda
One Legal, Inc.
504 Redwood Blvd #223
Novato, CA  94947

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on May 16, 2007 at Oakland, California.

_____
Monica Castaneda

FF# 6640464

ATTACHMENT

Declination to Proceed Before A Magistrate Judge and Request for Reassignment to A United States District Judge, Instructions for Completion of ADR Forms Regarding Selection of An ADR Process (ADR Local Rule 3-5), ADR Certification By Parties and Counsel, Stipulation and [Proposed] Order Selecting ADR Process, Notice of Need for ADR Phone Conference, Standing Order for All Judges of the Northern District of California Contents of Joint Case Management Statement, ADR Dispute Resolution Procedures in the Northern District of California,

BY FAX

# ONE LEGAL, INC.
## CONFIRMATION For **Service of Process**



Date: 5/16/2007

| ONE LEGAL, INC. CONFIRMATION FOR ORDER NO: 6640464 | |
|---|---|
| Customer CONSUMER LAW CENTER<br>Customer No. 0055054<br>Address 12 S 1ST ST STE 416<br>SAN JOSE, CA 95113-2404 | Attorney Fred W    Schwinn<br>Attorney e-mail fred.schwinn@sjconsumerlaw.com<br>Contact Fred W    Schwinn<br>Contact e-mail fred.schwinn@sjconsumerlaw.com<br>Contact Phone (408) 294-6100<br>Contact Fax (408) 294-6190<br>Law Firm File Number C07-02429-BZ |

**Case Information:**

Case Number C07-02429-BZ
County SAN FRANCISCO
Court Northern District of California
Case Short Title Betty Jean Napier vs. Collection Bureau of America, Ltd., et al.

| Documents Received: | No. Docs: 11  No. Pgs: 61 |
|---|---|

Summons In A Civil Case, Complaint, Order Setting Initial Case Management COnference and ADR Deadlines, Order Setting Case Management Conference, Notice of Assignment of Case To A United States Magistrate Judge, Consent to Proceed Before A United States Magistrate Judge, SEE ATTACHMENT

Party to Serve: Shawn Michael Deluna        Service address: 25954 Eden Landing Road 1st Floor

**This is a Confirmation Only. Not an Invoice!**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Served<br>Faxed back: 5/16/2007 | Standard<br>Declaration of Diligence<br>Copies | 44.00<br>10.00<br>15.25 |
| | Check No. | Total:  69.25 |

Attached is your proof of service that is ready for filing in accordance with CRC2005. If you have any questions, you encounter any problems filing this document or would like One Legal to file the proof of service for you, please contact:
SOP Northern Branch, Ph: 510-835-3100, Fx: 510-873-0984
Thank you for choosing One Legal for your process serving needs.