1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 416
   San Jose, California 95113-2404
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   BETTY JEAN NAPIER

6

7

8  **IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF CALIFORNIA
9  SAN FRANCISCO DIVISION**

10 BETTY JEAN NAPIER,                              Case No. C07-02429-BZ

11              Plaintiff,

12 v.                                              **REQUEST FOR ENTRY OF
                                                   DEFAULT AGAINST DEFENDANT,
13 COLLECTION BUREAU OF AMERICA,                   COLLECTION BUREAU OF
   LTD., a California corporation, and SHAWN       AMERICA, LTD.**
14 MICHAEL DELUNA, as an individual and in
   his official capacity,
15
                Defendants.
16

17 TO: CLERK OF THE DISTRICT COURT:

18       Please enter a default in this matter against Defendant, COLLECTION BUREAU OF

19 AMERICA, LTD., on the ground that said party has failed to plead or otherwise defend this action

20 within the time prescribed by the Federal Rules of Bankruptcy Procedure. Specific facts supporting

21 the entry of default are set forth in the accompanying declaration of counsel.

22

23                                                 CONSUMER LAW CENTER, INC.

24 Dated: June 21, 2007                            By: /s/ Fred W. Schwinn
                                                       Fred W. Schwinn, Esq.
25                                                     Attorney for Plaintiff
                                                       BETTY JEAN NAPIER
26

27

28

REQUEST FOR ENTRY OF DEFAULT                                                Case No. C07-02429-BZ