**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BETTY JEAN NAPIER,<br><br>                Plaintiff,<br><br>v.<br><br>COLLECTION BUREAU OF AMERICA, LTD., a California corporation, and SHAWN MICHAEL DELUNA, as an individual and in his official capacity,<br><br>                Defendants. | Case No. C07-02429-BZ<br><br>**ENTRY OF DEFAULT AGAINST DEFENDANT, COLLECTION BUREAU OF AMERICA, LTD.** |

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

Name: COLLECTION BUREAU OF AMERICA, LTD.

Therefore, default is entered against the defendant as authorized by Fed R. Civ. P. 55(a).

_____
Clerk of the Court

_____
Date

By: _____
     Deputy Clerk