1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 416
   San Jose, California  95113-2404
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   BETTY JEAN NAPIER

6

7

8  **IN THE UNITED STATES DISTRICT COURT**
   **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9  **SAN FRANCISCO DIVISION**

10  BETTY JEAN NAPIER,                            Case No.  C07-02429-BZ

11                          Plaintiff,

12  v.                                           **CERTIFICATE OF SERVICE**
                                                 **BY MAIL**
13  COLLECTION BUREAU OF AMERICA,
    LTD., a California corporation, and SHAWN
14  MICHAEL DELUNA, as an individual and in
    his official capacity,
15
16                          Defendants.

17  STATE OF CALIFORNIA            )
                                   ) ss:
18  COUNTY OF SANTA CLARA          )

19      I am employed in the County of Santa Clara, California.  I am over the age of eighteen years

20  and not a party to the within entitled cause.  My business address is 12 South First Street, Suite 416,

21  San Jose, California  95113-2404.  On June 21, 2007, I served the following:

22      1.    REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT, COLLECTION
              BUREAU OF AMERICA, LTD.
23
24      2.    DECLARATION OF COUNSEL IN SUPPORT OF ENTRY OF DEFAULT
              AGAINST DEFENDANT, COLLECTION BUREAU OF AMERICA, LTD.

25      3.    ENTRY OF DEFAULT AGAINST DEFENDANT, COLLECTION BUREAU OF
              AMERICA, LTD.
26

27  on the interested parties in said cause, by placing a true and correct copy thereof in a sealed envelope

28  with postage fully prepaid thereon and depositing it in the United States mail at San Jose, California

-1-

CERTIFICATE OF SERVICE BY MAIL                                    Case No. C07-02429-BZ

-2-

1   addressed as follows:

2   **CHAMBERS COPY:**
3   The Honorable Bernard Zimmerman
    United States District Court
4   450 Golden Gate Avenue, Room 16-1111
    San Francisco, CA  94102

5   **DEFENDANT:**
    Collection Bureau of America, Ltd.
6   c/o Barry Thompson, Agent for Service of Process
    407 Sherman Avenue, Suite C
7   Palo Alto, CA  94306-1872

8

9          I declare under penalty of perjury that the foregoing is true and correct and that this

10  declaration was executed at San Jose, California on June 21, 2007.

                                              /s/ Fred W. Schwinn
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28