**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BETTY JEAN NAPIER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COLLECTION BUREAU OF AMERICA, LTD., a California corporation, and SHAWN MICHAEL DELUNA, as an individual and in his official capacity,<br><br>　　　　　Defendants. | Case No. C07-02429-BZ<br><br>**ENTRY OF DEFAULT AGAINST DEFENDANT, SHAWN MICHAEL DELUNA** |

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

Name: **SHAWN MICHAEL DELUNA**

Therefore, default is entered against the defendant as authorized by Fed R. Civ. P. 55(a).

_____
Clerk of the Court

_____   　　　　　　　　　　By: _____
Date　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

ENTRY OF DEFAULT　　　　　　　　　　　　　　　　　　　　　　　　Case No. C07-02429-BZ