Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 416
San Jose, California 95113-2404
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
BETTY JEAN NAPIER

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY JEAN NAPIER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>COLLECTION BUREAU OF AMERICA, LTD., a California corporation, and SHAWN MICHAEL DELUNA, as an individual and in his official capacity,<br><br>　　　　　　Defendants. | Case No. C07-02429-BZ<br><br>**AMENDED REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT, COLLECTION BUREAU OF AMERICA, LTD.** |

TO: CLERK OF THE DISTRICT COURT:

　　　Please enter a default in this matter against Defendant, COLLECTION BUREAU OF AMERICA, LTD., on the ground that said party has failed to plead or otherwise defend this action within the time prescribed by the Federal Rules of Civil Procedure. Specific facts supporting the entry of default are set forth in the accompanying declaration of counsel.

　　　　　　　　　　　　　　　　　　　　　　CONSUMER LAW CENTER, INC.

Dated: June 25, 2007　　　　　　　　　　　By: /s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　BETTY JEAN NAPIER