1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 416
   San Jose, California  95113-2404
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   BETTY JEAN NAPIER

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BETTY JEAN NAPIER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>COLLECTION BUREAU OF AMERICA, LTD., a California corporation, and SHAWN MICHAEL DELUNA, as an individual and in his official capacity,<br><br>　　　　　　Defendants. | Case No.  C07-02429-BZ<br><br>**CERTIFICATE OF SERVICE BY MAIL** |

STATE OF CALIFORNIA　　　　　)
　　　　　　　　　　　　　　　) ss:
COUNTY OF SANTA CLARA　　　 )

　　　I am employed in the County of Santa Clara, California.  I am over the age of eighteen years and not a party to the within entitled cause.  My business address is 12 South First Street, Suite 416, San Jose, California  95113-2404.  On June 25, 2007, I served the following:

　　　1.　AMENDED REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT, COLLECTION BUREAU OF AMERICA, LTD.

　　　2.　DECLARATION OF COUNSEL IN SUPPORT OF ENTRY OF DEFAULT AGAINST DEFENDANT, COLLECTION BUREAU OF AMERICA, LTD.

　　　3.　ENTRY OF DEFAULT AGAINST DEFENDANT, COLLECTION BUREAU OF AMERICA, LTD.

on the interested parties in said cause, by placing a true and correct copy thereof in a sealed envelope with postage fully prepaid thereon and depositing it in the United States mail at San Jose, California

-1-

-2-

addressed as follows:

**CHAMBERS COPY:**
The Honorable Bernard Zimmerman
United States District Court
450 Golden Gate Avenue, Room 16-1111
San Francisco, CA 94102

**DEFENDANT:**
Collection Bureau of America, Ltd.
c/o Barry Thompson, Agent for Service of Process
407 Sherman Avenue, Suite C
Palo Alto, CA 94306-1872

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Jose, California on June 25, 2007.

/s/ Fred W. Schwinn

CERTIFICATE OF SERVICE BY MAIL                                                                    Case No. C07-02429-BZ