1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 416
   San Jose, California 95113-2404
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   BETTY JEAN NAPIER

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BETTY JEAN NAPIER,<br><br>              Plaintiff,<br><br>v.<br><br>COLLECTION BUREAU OF AMERICA, LTD., a California corporation, and SHAWN MICHAEL DELUNA, as an individual and in his official capacity,<br><br>              Defendants. | Case No. C07-02429-BZ<br><br>**AMENDED REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT, SHAWN MICHAEL DELUNA** |

TO: CLERK OF THE DISTRICT COURT:

    Please enter a default in this matter against Defendant, SHAWN MICHAEL DELUNA, on the ground that said party has failed to plead or otherwise defend this action within the time prescribed by the Federal Rules of Civil Procedure. Specific facts supporting the entry of default are set forth in the accompanying declaration of counsel.

                                                            CONSUMER LAW CENTER, INC.

Dated: June 25, 2007                       By: /s/ Fred W. Schwinn
                                                             Fred W. Schwinn, Esq.
                                                              Attorney for Plaintiff
                                                               BETTY JEAN NAPIER