Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 416
San Jose, California 95113-2404
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
BETTY JEAN NAPIER

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BETTY JEAN NAPIER,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>COLLECTION BUREAU OF AMERICA, LTD., a California corporation, and SHAWN MICHAEL DELUNA, as an individual and in his official capacity,<br><br>　　　　　　　Defendants. | Case No. C07-02429-BZ<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF ENTRY OF DEFAULT AGAINST DEFENDANT, SHAWN MICHAEL DELUNA**<br><br>[Fed. R. Civ. P. 55(a)] |

FRED W. SCHWINN, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct:

　　　　1.　　I am an attorney and counselor at law, duly admitted to practice before this Court, and the counsel of record for the Plaintiff. In my capacity as the counsel of record for the Plaintiff, I have personal knowledge of the matters stated in this declaration.

　　　　2.　　I hereby make application to the Clerk of this Court for entry of default as to Defendant, SHAWN MICHAEL DELUNA, pursuant to Rule 55(a), Federal Rules of Civil Procedure, and in support of this application do show that:

　　　　　　　a.　　The Defendant was substitute served, through his Receptionist, with copies of Plaintiff's Summons and Complaint as provided by Rule 4(c)(1), Federal Rules of Civil Procedure;

　　　　　　　b.　　Upon Plaintiff's information and belief, the Defendant, being an

- 1 -

1         individual with his principal place of business in Hayward, California, is neither an infant nor an incompetent person requiring special service in accordance with Rule 4(g), Federal Rules of Civil Procedure, and is not serving with the armed forces of the United States entitled to the protection of 50 U.S.C. App. Section 520;

      c.     The Defendant has neither answered nor otherwise responded formally to the Plaintiffs's Summons and Complaint, and the time to do so, as provided in Rule 12(a), Federal Rules of Civil Procedure, has expired;

      d.     Copies of this Declaration and the Request for Entry of Default, seeking entry of default, which are being filed herewith, have this date been served upon the Defendant by regular mail, postage prepaid.

Executed on June 25, 2007, at San Jose, California.

                                        /s/ Fred W. Schwinn
                                        Fred W. Schwinn, Esq.
                                        Attorney for Plaintiff
                                        BETTY JEAN NAPIER

DECLARATION OF COUNSEL                                         Case No. C07-02429-BZ