1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 416
   San Jose, California  95113-2404
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   BETTY JEAN NAPIER

6

7

8             **IN THE UNITED STATES DISTRICT COURT**
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9                     **SAN FRANCISCO DIVISION**

10 | BETTY JEAN NAPIER, | Case No. C07-02429-BZ |
11 | Plaintiff, | |
12 | v. | **CERTIFICATE OF SERVICE BY MAIL** |
13 | COLLECTION BUREAU OF AMERICA, LTD., a California corporation, and SHAWN MICHAEL DELUNA, as an individual and in his official capacity, | |
14 | | |
15 | | |
16 | Defendants. | |

17 STATE OF CALIFORNIA        )
                              ) ss:
18 COUNTY OF SANTA CLARA      )

19       I am employed in the County of Santa Clara, California.  I am over the age of eighteen years

20 and not a party to the within entitled cause.  My business address is 12 South First Street, Suite 416,

21 San Jose, California  95113-2404.  On June 25, 2007, I served the following:

22       1.   AMENDED REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT,
               SHAWN MICHAEL DELUNA
23
         2.   DECLARATION OF COUNSEL IN SUPPORT OF ENTRY OF DEFAULT
24             AGAINST DEFENDANT, SHAWN MICHAEL DELUNA

25       3.   ENTRY OF DEFAULT AGAINST DEFENDANT, SHAWN MICHAEL DELUNA

26 on the interested parties in said cause, by placing a true and correct copy thereof in a sealed envelope

27 with postage fully prepaid thereon and depositing it in the United States mail at San Jose, California

28 addressed as follows:

-2-

**CHAMBERS COPY:**
The Honorable Bernard Zimmerman
United States District Court
450 Golden Gate Avenue, Room 16-1111
San Francisco, CA  94102

| **DEFENDANT:** | **DEFENDANT:** |
|---|---|
| Shawn Michael Deluna | Shawn Michael Deluna |
| Collection Bureau of America, Ltd. | 206 Castilian Way |
| 25954 Eden Landing Road, First Floor | San Mateo, CA  94402-2307 |
| Hayward, CA  94545-3899 | |

    I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Jose, California on June 25, 2007.

                                    /s/ Fred W. Schwinn