**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 27, 2007

**RE: BETTY JEAN NAPIER -v- COLLECTION BUREAU OF AMERICA, LTD, ,et al.**
**Case Number: C-07-2429-BZ**

**Default** is *entered* as to *Defendants Collection Bureau of America, Ltd. & Shawn Michael Deluna* on **June 27, 2007.**

RICHARD W. WIEKING, Clerk

by: Thelma Nudo
  Deputy Clerk

NDC TR-4  Rev. 3/89