Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
BETTY JEAN NAPIER

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BETTY JEAN NAPIER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COLLECTION BUREAU OF AMERICA, LTD., a California corporation, and SHAWN MICHAEL DELUNA, as an individual and in his official capacity,<br><br>　　　　　Defendants. | Case No. C07-02429-BZ<br><br>**DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE<br>AND<br>REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The undersigned party declines to consent to the assignment of this case to a United States Magistrate Judge for trial or disposition and hereby requests the reassignment of this case to a United States District Judge.

　　　　　　　　　　　　　　　　　　　　　　　　CONSUMER LAW CENTER, INC.


Dated: August 14, 2007　　　　　　　　　　　　By: /s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　　　BETTY JEAN NAPIER

---

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE　　　Case No. C07-02429-BZ