1

2

3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

4    Betty Jean Napier,

5

6             Plaintiff(s).                                    No. C-07-2429-BZ

7         v.                                        NOTICE OF IMPENDING
                                                    REASSIGNMENT TO A UNITED
8    Collection Bureau of America, Ltd.             <u>STATES DISTRICT COURT JUDGE</u>
     et al.,
9             Defendant(s).

10   _____/

11

12       The Clerk of this Court will now randomly reassign this case to a United States

13   District Judge because either:

14       (1)    One or more of the parties has requested reassignment to a United States

15   District Judge or has not consented to the jurisdiction of a United States Magistrate Judge,

16   or,

17       (2)    One or more of the parties has sought a kind of judicial action (e.g., a

18   temporary restraining order) that a United States Magistrate Judge may not take without the

19   consent of all parties, the necessary consents have not been secured, and time is of the

20   essence.

21       The Case Management Conference set for **August 20, 2007** at **4:00 p.m.** is hereby

22   **VACATED**.

23

24   Dated:  August 15, 2007

25

26                                                 Richard W. Wieking, Clerk
                                                   United States District Court
27

28                                                  T. De Martini
                                                    Deputy Clerk

reassign.DCT