Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
BETTY JEAN NAPIER

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BETTY JEAN NAPIER,<br><br>Plaintiff,<br><br>v.<br><br>COLLECTION BUREAU OF AMERICA, LTD., a California corporation, and SHAWN MICHAEL DELUNA, as an individual and in his official capacity,<br><br>Defendants. | Case No.  C07-02429-MMC<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Plaintiff in the above-entitled action requests a continuance of the Case Management Conference currently scheduled for September 7, 2007.  On June 27, 2007, the Court Clerk entered the default of both Defendants in this case. (Doc. 14)  Plaintiff is currently preparing a Motion for Default Judgment against both Defendants which will be filed shortly.  Additionally, Plaintiff's counsel has a calendar conflict on September 7, 2007, as he will be in Los Angeles attending depositions in another case.  In light of Defendants' default in this matter and Plaintiff's counsel's calendar conflict with the currently scheduled Case Management Conference, Plaintiff requests that the Case Management Conference be continued for thirty to sixty days.

Dated:  August 25, 2007                     /s/ Fred W. Schwinn
                                            Fred W. Schwinn, Esq.
                                            Attorney for Plaintiff
                                            BETTY JEAN NAPIER

**[PROPOSED] ORDER**

Having considered the Plaintiff's Request to Continue Case Management Conference, the request is GRANTED. A Case Management Conference shall be held on _____, at 10:30 a.m. in Courtroom 7. Plaintiff shall file a Case Management Statement no later than _____.

Dated: _____

Honorable Maxine M. Chesney
United States District Judge