1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2403
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   BETTY JEAN NAPIER

6

7

8             IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                    SAN FRANCISCO DIVISION

10 | BETTY JEAN NAPIER,                    | Case No. C07-02429-MMC
11 |                    Plaintiff,         |
12 | v.                                    | **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**
13 | COLLECTION BUREAU OF AMERICA,         |
   | LTD., a California corporation, and SHAWN
14 | MICHAEL DELUNA, as an individual and in
   | his official capacity,                |
15 |                                       |
   |                    Defendants.        |
16

17       Plaintiff in the above-entitled action requests a continuance of the Case Management

18 Conference currently scheduled for September 7, 2007. On June 27, 2007, the Court Clerk entered

19 the default of both Defendants in this case. (Doc. 14) Plaintiff is currently preparing a Motion for

20 Default Judgment against both Defendants which will be filed shortly. Additionally, Plaintiff's

21 counsel has a calendar conflict on September 7, 2007, as he will be in Los Angeles attending

22 depositions in another case. In light of Defendants' default in this matter and Plaintiff's counsel's

23 calendar conflict with the currently scheduled Case Management Conference, Plaintiff requests that

24 the Case Management Conference be continued for thirty to sixty days.

25

26 Dated: August 25, 2007                    /s/ Fred W. Schwinn
                                             Fred W. Schwinn, Esq.
27                                           Attorney for Plaintiff
                                             BETTY JEAN NAPIER
28

-1-

1 **[PROPOSED] ORDER**

2    Having considered the Plaintiff's Request to Continue Case Management Conference, the

3 request is GRANTED. A Case Management Conference shall be held on <u>November 2, 2007</u>, at

4 10:30 a.m. in Courtroom 7. Plaintiff shall file a Case Management Statement no later than

5 <u>October 26, 2007</u>.

7 Dated: <u>August 27, 2007</u>

*Maxine M. Chesney*
Honorable Maxine M. Chesney
United States District Judge

-2-
REQUEST TO CONTINUE CMC                                    Case No. C07-02429-MMC