Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
BETTY JEAN NAPIER

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

BETTY JEAN NAPIER,

Plaintiff,

v.

COLLECTION BUREAU OF AMERICA, LTD., a California corporation, and SHAWN MICHAEL DELUNA, as an individual and in his official capacity,

Defendants.

Case No. C07-02429-MMC

**DECLARATION OF BETTY JEAN NAPIER IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**

[Fed. R. Civ. P. 55(b)(2)]

BETTY JEAN NAPIER, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct:

1. I am the Plaintiffs in this case, and I have personal knowledge of the matters stated in this declaration.

2. This declaration is being submitted in support of my Motion for Default Judgment by this Court against Defendants, COLLECTION BUREAU OF AMERICA, LTD., and MICHAEL DELUNA (hereinafter "Defendants").

3. On a date or dates unknown to me, I incurred a financial obligation to Stanford University Medical Center for medical services (hereinafter "the debt"). The debt to Stanford University Medical Center was incurred primarily for personal, family or household purposes.

4. Thereafter, Defendants sent a collection letter to me attempting to collect the

debt owed to Stanford University Medical Center.

5. A true and accurate copy of the collection letter that I received from Defendants is attached hereto, marked Exhibit "1," and by this reference is incorporated herein.

6. The collection letter is dated January 22, 2007.

7. The collection letter was Defendants' first written notice to me in connection with collecting the debt owed to Stanford University Medical Center.

8. Thereafter, Defendants sent a second collection letter to me attempting to collect the debt owed to Stanford University Medical Center.

9. A true and accurate copy of the second collection letter that I received from Defendants is attached hereto, marked Exhibit "2," and by this reference is incorporated herein.

10. The second collection letter is dated February 12, 2007.

11. On or about February 20, 2007, a letter was sent to the Defendants which stated: "please be advised that I dispute this debt and refuse to pay."

12. A true and accurate copy of the letter disputing the debt and refusing to pay the debt is attached hereto, marked Exhibit "3," and by this reference is incorporated herein.

13. Defendants received the letter disputing the debt on or about February 22, 2007.

14. A true and accurate copy of the USPS Tracking Report and Certified Mail Return Receipt evidencing Defendants' receipt of the letter disputing the debt and refusing to pay the debt (Exhibit "3") is attached hereto, marked Exhibit "4," and by this reference is incorporated herein.

15. Thereafter, Defendants sent a third collection letter to me attempting to collect the debt owed to Stanford University Medical Center.

16. A true an accurate copy of the third collection letter is attached hereto, marked Exhibit "5," and by this reference is incorporated herein.

17. The third collection letter is dated March 5, 2007.

18. To date, I have not received a validation of the debt from Defendants.

/ / /

Executed on August 26, 2007, at ~~Gilroy, California~~ Beaverton, Oregon. BN

Betty Jean Napier

Betty Jean Napier

- 3 -

DECLARATION OF BETTY JEAN NAPIER Case No. C07-02429-MMC

PAYING BY VISA OR MASTERCARD OR AMERICAN EXPRESS, FILL OUT BELOW

VISA ☐ MasterCard ☐ AMERICAN EXPRESS ☐

| Credit Card #: | |
|---|---|
| Name: | |
| Signature: | |
| AMOUNT: | EXP: |

**COLLECTION BUREAU OF AMERICA**

25954 EDEN LANDING ROAD, 1ST FLOOR, HAYWARD, CA 94545-3816
P.O. BOX 5013, HAYWARD, CA 94540-5013

**CREDITOR:** STANFORD UNIVERSITY MEDICAL
**ACCOUNT NO:** 15561936
**PRINCIPAL:** $ 488.16
**LATE PAYMENT CHARGE/INTEREST:** $ 78.71
**TOTAL:** $ 566.87

January 22, 2007

10423754
Betty Napier
6440 Greenfield Dr
Gilroy CA 95020-3433

**REMIT TO:**

**CBA**
**PO BOX 5013**
**HAYWARD, CA 94540-5013**

**WARNING:** If paying by AutoPay or Credit Card there is a fee of $5.99. This fee is the cost of providing these additional payment options to you. By choosing either of these options you agree to pay this fee, which shall be added to each payment.

98NCRS

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT C006374

PLEASE PHONE 888-656-9285 510-781-5135 Mon - Thur: 6am to 7pm / Fri: 6am to 5pm P.S.T.

***** For 24 hour automated payment processing call 888-454-0313 or You may visit our Pay Web Site @ www.PAYCBA.com to make your payment. *****
**Please reference account #10423754**

****** Visa - Master Card - American Express accepted ******
****** Automatic Payment Check By Phone ******
****** Western Union Quick Collect ******

THIS ACCOUNT HAS BEEN ASSIGNED WITH OUR OFFICE FOR COLLECTION.

This notice has been sent by a collection agency.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice this office will: obtain verification of the debt or obtain a copy of a judgment and will mail you a copy of such judgment or verification.

If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

You may receive an automated call. If you do not wish to receive this call, please contact our office promptly.

Sincerely,

SHAWN MOONS -- Debt Collector

Collection Bureau of America

EXHIBIT 1

| CREDITOR | AMOUNT | INTER | | |
|---|---|---|---|---|
| * STANFORD UNIVERSITY MEDICAL | 21.70 | 2.58 | 0.00 | 24.28 |
| * STANFORD UNIVERSITY MEDICAL | 2.17 | 0.35 | 0.00 | 2.52 |
| OTHER CREDITORS | 464.29 | 75.78 | 0.00 | 540.07 |
| TOTAL | 488.16 | 78.71 | 0.00 | 566.87 |

This is an attempt to collect a debt. Any information obtained will be used for this purpose.

98NCRS 10423754

SEE IMPORTANT CONSUMER INFORMATION ON REVERSE SIDE

"We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law."

For Colorado residents only:

For Information about The Colorado Fair Debt Collection Practices Act, See WWW.AGO.STATE.CO.US/CADC/CADCMAIN.CFM. This Communication Is From A Debt Collector.

For Massachusetts residents only:

Our Local Office: CT Corporation Systems 101 Federal Street, Boston, MA 02110
Telephone: (617) 675-6400 Hours: 8:00 a.m. to 5:00 p.m.

For Maine residents only:

Our Local Office: CT Corporation System One Portland Square Portland, ME 04101
Telephone: (207) 774-4000 Hours: 8:00 a.m. to 5:00 p.m.

For New York residents only: License #207851

For Minnesota residents only:

"This collection agency is licensed by the Minnesota Department of Commerce."

For North Carolina residents only: PERMIT # 3381

For Tennessee residents only:

"This collection agency is licensed by the Collection Service Board, State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, Tennessee 37243."

For Utah residents only:

As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Additional California Notice:

"The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877 FTC-HELP or www.ftc.gov."

## CONSUMER RIGHTS

This Notice Has Been Sent By A Collection Agency. This Is An Attempt To Collect A Debt. Any Information Obtained Will Be Used For That Purpose.

Unless You Notify This Office Within 30 Days After Receiving This Notice That You Dispute The Validity Of The Debt Or Any Portion Thereof, This Office Will Assume This Debt Is Valid. If You Notify This Office In Writing Within 30 Days From Receiving This Notice This Office Will: Obtain Verification Of The Debt Or Obtain A Copy Of A Judgment And Will Mail You A Copy Of Such Judgment Or Verification.

If You Request This Office In Writing Within 30 Days After Receiving This Notice, This Office Will Provide You With The Name And Address Of The Original Creditor, If Different From The Current Creditor.

25954 EDEN LANDING ROAD
HAYWARD CA 94545-3816

RETURN SERVICE REQUESTED

PRESORTED
FIRST CLASS
MAILED FROM ZIP CODE
JAN 25 '07
89502
U.S. POSTAGE
00.29

10423754
Betty Napier
6440 Greenfield Dr
Gilroy CA 95020-3433

PAYING BY VISA OR MASTERCARD OR AMERICAN EXPRESS, FILL OUT BELOW

| VISA ☐ | MasterCard ☐ | American Express ☐ |
|---|---|---|
| Credit Card #: | | |
| Name: | | |
| Signature: | | |
| AMOUNT: | EXP: | |

COLLECTION BUREAU OF AMERICA

25954 EDEN LANDING ROAD, 1ST FLOOR, HAYWARD, CA 94545-3816
P.O. BOX 5013, HAYWARD, CA 94540-5013

CREDITOR: STANFORD UNIVERSITY MEDICAL
ACCOUNT NO: 15561936
PRINCIPAL: $ 488.16
LATE PAYMENT CHARGE/INTEREST: $ 81.51
TOTAL: $ 569.67

February 12, 2007

10423754
Betty Napier
6440 Greenfield Dr
Gilroy CA 95020-3433

REMIT TO:
CBA
PO BOX 5013
HAYWARD, CA 94540-5013

**WARNING:** If paying by AutoPay or Credit Card there is a fee of $5.99. This fee is the cost of providing these additional payment options to you. By choosing either of these options you agree to pay this fee, which shall be added to each payment.

2NDNCR

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT C010914

PLEASE PHONE 888-656-9285 510-781-5135 Mon - Thur: 6am to 7pm / Fri: 6am to 5pm P.S.T.

***** For 24 hour automated payment processing call 888-454-0313 or You may visit our Pay Web Site @ www.PAYCBA.com to make your payment. *** Please reference account #10423754**

****** Visa - Master Card - American Express accepted ******
****** Automatic Payment Check By Phone ******
****** Western Union Quick Collect ******

We sent you a first notice which included certain rights under the fair debt collection practices act. You are still within the original 30 day period, as stated on our first notice.

Your payment, or any questions you may have, should be directed to this office to ensure proper credit to your account.

You may receive an automated call. If you do not wish to receive this call. Please contact our office promptly.

Sincerely,

MRS TOM -- Debt Collector

Collection Bureau of America

| CREDITOR | AMOUNT | INTER | | |
|---|---|---|---|---|
| STANFORD UNIVERSITY MEDICAL | 21.70 | 2.70 | 0.00 | 24.40 |
| STANFORD UNIVERSITY MEDICAL | 2.17 | 0.37 | 0.00 | 2.54 |
| OTHER CREDITORS | 464.29 | 78.44 | 0.00 | 542.73 |
| TOTAL | 488.16 | 81.51 | 0.00 | 569.67 |

EXHIBIT 2

This is an attempt to collect a debt. Any information obtained will be used for this purpose.

2NDNCR 10423754

SEE IMPORTANT CONSUMER INFORMATION ON REVERSE SIDE

"We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law."

For Colorado residents only:

For Information about The Colorado Fair Debt Collection Practices Act, See WWW.AGO.STATE.CO.US/CADC/CADCMAIN.CFM. This Communication Is From A Debt Collector.

For Massachusetts residents only:

Our Local Office: CT Corporation Systems 101 Federal Street, Boston, MA 02110
Telephone: (617) 675-6400 Hours: 8:00 a.m. to 5:00 p.m.

For Maine residents only:

Our Local Office: CT Corporation System One Portland Square Portland, ME 04101
Telephone: (207) 774-4000 Hours: 8:00 a.m. to 5:00 p.m.

For New York residents only:  License # 207851

For Minnesota residents only:

"This collection agency is licensed by the Minnesota Department of Commerce."

For North Carolina residents only:  PERMIT # 3381

For Tennessee residents only:

"This collection agency is licensed by the Collection Service Board, State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, Tennessee 37243."

For Utah residents only:

As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Additional California Notice:

"The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877 FTC-HELP or www.ftc.gov."

25954 EDEN LANDING ROAD
HAYWARD CA 94545-3816

RETURN SERVICE REQUESTED

10423754
Betty Napier
6440 Greenfield Dr
Gilroy CA 95020-3433

# REFUSE TO PAY LETTER

February 16, 2007

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
**7005-3110-0000-4788-3711**

Collection Bureau of America
25954 Eden Landing Road, 1st Floor
Hayward, CA 94540-5013

Re: Creditor: Stanford University Medical
Account No.: 15561936

Dear Sir or Madam:

I have enclosed a copy of the last collection letter that you sent to me.

In this regard, please be advised that I dispute this debt and refuse to pay.

PLEASE MARK YOUR FILES ACCORDINGLY.

Trusting in your good offices, I remain . . .

Very Truly Yours,

Betty Jean Napier
6440 Green Field Drive
Gilroy, CA 95020-3433

7005 3110 0000 4788 3711

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

VALLEJO CA 94590

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ $0.39 | 0012 |
| Certified Fee | $2.40 | 09 |
| Return Receipt Fee (Endorsement Required) | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $4.64 | 02/20/2007 |

Sent To: Collection Bureau of America
Street, Apt. No.; or PO Box No.: 25954 Eden Landing Road
City, State, ZIP+4: Hayward, CA 94540-5013

PS Form 3800, June 2002 See Reverse for Instructions

EXHIBIT
3

PAYING BY VISA OR MASTERCARD OR AMERICAN EXPRESS, FILL OUT BELOW

| VISA ☐ | MasterCard ☐ | AMERICAN EXPRESS ☐ |
|---|---|---|
| Credit Card #: | | |
| Name: | | |
| Signature: | | |
| AMOUNT: | EXP: | |

**COLLECTION BUREAU OF AMERICA**
25954 EDEN LANDING ROAD, 1ST FLOOR, HAYWARD, CA 94545-3816
P.O. BOX 5013, HAYWARD, CA 94540-5013

**CREDITOR:** STANFORD UNIVERSITY MEDICAL
**ACCOUNT NO:** 15561936
**PRINCIPAL:** $ 488.16
**LATE PAYMENT CHARGE/INTEREST:** $ 78.71
**TOTAL:** $ 566.87

January 22, 2007

10423754
Betty Napier
6440 Greenfield Dr
Gilroy CA 95020-3433

**REMIT TO:**
**CBA**
**PO BOX 5013**
**HAYWARD, CA 94540-5013**

**WARNING:** If paying by AutoPay or Credit Card there is a fee of $5.99. This fee is the cost of providing these additional payment options to you. By choosing either of these options you agree to pay this fee, which shall be added to each payment.

98NCRS

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT C006374

PLEASE PHONE 888-656-9285 510-781-5135 Mon - Thur: 6am to 7pm / Fri: 6am to 5pm P.S.T.

***** For 24 hour automated payment processing call 888-454-0313 or You may visit our Pay Web Site @ www.PAYCBA.com to make your payment. *****
**Please reference account #10423754**

****** Visa - Master Card - American Express accepted ******
****** Automatic Payment Check By Phone ******
****** Western Union Quick Collect ******

THIS ACCOUNT HAS BEEN ASSIGNED WITH OUR OFFICE FOR COLLECTION.

This notice has been sent by a collection agency.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice this office will: obtain verification of the debt or obtain a copy of a judgment and will mail you a copy of such judgment or verification.

If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

You may receive an automated call. If you do not wish to receive this call, please contact our office promptly.

Sincerely,

SHAWN MOONS -- Debt Collector

Collection Bureau of America

| CREDITOR | AMOUNT | INTER | | |
|---|---|---|---|---|
| * STANFORD UNIVERSITY MEDICAL | 21.70 | 2.58 | 0.00 | 24.28 |
| * STANFORD UNIVERSITY MEDICAL | 2.17 | 0.35 | 0.00 | 2.52 |
| OTHER CREDITORS | 464.29 | 75.78 | 0.00 | 540.07 |
| TOTAL | 488.16 | 78.71 | 0.00 | 566.87 |

This is an attempt to collect a debt. Any information obtained will be used for this purpose.

98NCRS 10423754

SEE IMPORTANT CONSUMER INFORMATION ON REVERSE SIDE

"We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law."

For Colorado residents only:

For Information about The Colorado Fair Debt Collection Practices Act, See WWW.AGO.STATE.CO.US/CADC/CADCMAIN.CFM. This Communication Is From A Debt Collector.

For Massachusetts residents only:

Our Local Office: CT Corporation Systems 101 Federal Street, Boston, MA 02110
Telephone: (617) 675-6400 Hours: 8:00 a.m. to 5:00 p.m.

For Maine residents only:

Our Local Office: CT Corporation System One Portland Square Portland, ME 04101
Telephone: (207) 774-4000 Hours: 8:00 a.m. to 5:00 p.m.

For New York residents only: License #207851

For Minnesota residents only:

"This collection agency is licensed by the Minnesota Department of Commerce."

For North Carolina residents only:   PERMIT # 3381

For Tennessee residents only:

"This collection agency is licensed by the Collection Service Board, State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, Tennessee 37243."

For Utah residents only:

As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Additional California Notice:

"The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877 FTC-HELP or www.ftc.gov."

## CONSUMER RIGHTS

This Notice Has Been Sent By A Collection Agency. This Is An Attempt To Collect A Debt.  Any Information Obtained Will Be Used For That Purpose.

Unless You Notify This Office Within 30 Days After Receiving This Notice That You Dispute The Validity Of The Debt Or Any Portion Thereof, This Office Will Assume This Debt Is Valid.  If You Notify This Office In Writing Within 30 Days From Receiving This Notice This Office Will: Obtain Verification Of The Debt Or Obtain A Copy Of A Judgment And Will Mail You A Copy Of Such Judgment Or Verification.

If You Request This Office In Writing Within 30 Days After Receiving This Notice, This Office Will Provide You With The Name And Address Of The Original Creditor, If Different From The Current Creditor.



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **7005 3110 0000 4788 3711**
Detailed Results:

- **Delivered, February 22, 2007, 5:50 am, HAYWARD, CA 94540**
- **Notice Left, February 21, 2007, 7:50 am, HAYWARD, CA 94540**
- **Acceptance, February 20, 2007, 3:35 pm, SAN JOSE, CA 95113**

< Back    Return to USPS.com Home >

Track & Confirm
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. Go >

POSTAL INSPECTORS
Preserving the Trust

site map contact us government services jobs National & Premier Accounts

Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use Privacy Policy

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Collection Bureau of America
25954 Eden Landing Road
1st Floor
Hayward CA 94540-5013

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Diane Parker ☒ Agent ☐ Addressee

B. Received by (Printed Name) PARKER
C. Date of Delivery 2-22-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FEB 2 2 2007

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label) 7005 3110 0000 4788 3711

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

EXHIBIT
4

PAYING BY VISA OR MASTERCARD OR AMERICAN EXPRESS, FILL OUT BELOW

VISA ☐ MasterCard ☐ AMERICAN EXPRESS ☐

| Credit Card #: | |
|---|---|
| Name: | |
| Signature: | |
| AMOUNT: | EXP: |

March 5, 2007

**COLLECTION BUREAU OF AMERICA**

25954 EDEN LANDING ROAD, 1ST FLOOR, HAYWARD, CA 94545-3816
P.O. BOX 5013, HAYWARD, CA 94540-5013

| | | |
|---|---|---|
| **CREDITOR:** | STANFORD UNIVERSITY MEDICAL | |
| **ACCOUNT NO:** | 15561936 | |
| **PRINCIPAL:** | $ | 488.16 |
| **LATE PAYMENT CHARGE/INTEREST:** | $ | 84.35 |
| **TOTAL:** | $ | 572.51 |

10423754
Betty Napier
6440 Greenfield Dr
Gilroy CA 95020-3433

**REMIT TO:**

**CBA**
**PO BOX 5013**
**HAYWARD, CA 94540-5013**

**WARNING:** If paying by AutoPay or Credit Card there is a fee of $5.99. This fee is the cost of providing these additional payment options to you. By choosing either of these options you agree to pay this fee, which shall be added to each payment.

3RDNCR

PLEASE DETACH AND RETURN TOP PORTION WITH YOUR PAYMENT C017635

**PLEASE PHONE 888-656-9285 510-781-5135 Mon - Thur: 6am to 7pm / Fri: 6am to 5pm P.S.T.**

***** For 24 hour automated payment processing call 888-454-0313 or You may visit our Pay Web Site @ www.PAYCBA.com to make your payment. *****
**Please reference account #10423754**

****** Visa - Master Card - American Express accepted ******
****** Automatic Payment Check By Phone ******
****** Western Union Quick Collect ******

We request that you contact our office within three days from the postmark on this envelope or return this letter with payment in full to Collection Bureau of America.

Sincerely,

MRS TOM -- Debt Collector

Collection Bureau of America

| CREDITOR | AMOUNT | INTER | | |
|---|---|---|---|---|
| STANFORD UNIVERSITY MEDICAL | 21.70 | 2.83 | 0.00 | 24.53 |
| STANFORD UNIVERSITY MEDICAL | 2.17 | 0.38 | 0.00 | 2.55 |
| OTHER CREDITORS | 464.29 | 81.14 | 0.00 | 545.43 |
| TOTAL | 488.16 | 84.35 | 0.00 | 572.51 |

EXHIBIT 5

This is an attempt to collect a debt. Any information obtained will be used for this purpose.

3RDNCR 10423754

SEE IMPORTANT CONSUMER INFORMATION ON REVERSE SIDE

"We are required under state law to notify consumers of the following rights. This list does not contain a complete list of the rights consumers have under state and federal law."

For Colorado residents only:

For Information about The Colorado Fair Debt Collection Practices Act, See WWW.AGO.STATE.CO.US/CADC/CADCMAIN.CFM. This Communication Is From A Debt Collector.

For Massachusetts residents only:

Our Local Office: CT Corporation Systems 101 Federal Street, Boston, MA 02110
Telephone: (617) 675-6400 Hours: 8:00 a.m. to 5:00 p.m.

For Maine residents only:

Our Local Office: CT Corporation System One Portland Square Portland, ME 04101
Telephone: (207) 774-4000 Hours: 8:00 a.m. to 5:00 p.m.

For New York residents only: License # 207851

For Minnesota residents only:

"This collection agency is licensed by the Minnesota Department of Commerce."

For North Carolina residents only:   PERMIT # 3381

For Tennessee residents only:

"This collection agency is licensed by the Collection Service Board, State Department of Commerce and Insurance, 500 James Robertson Parkway, Nashville, Tennessee 37243."

For Utah residents only:

As required by Utah law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

Additional California Notice:

"The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877 FTC-HELP or www.ftc.gov."

**25954 EDEN LANDING ROAD**
**HAYWARD CA 94545-3816**

**RETURN SERVICE REQUESTED**

PRESORTED
FIRST

10423754
Betty Napier
6440 Greenfield Dr
Gilroy CA 95020-3433