# Exhibit "A"

**Consumer Law Center, Inc.**
12 South First Street, Suite 1014
San Jose, CA 95113-2403

---

*Invoice submitted to:*
Betty Napier
6440 Green Field Drive
Gilroy CA 95020-3433

October 05, 2007

Invoice #10005

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/4/2007 | FWS | Draft Letter to<br>Client - Re: Engagement Agreement | 0.10<br>300.00/hr | 30.00 |
|  | FWS | Research<br>Defendant Identification | 0.50<br>300.00/hr | 150.00 |
| 5/5/2007 | FWS | Research<br>Defendant Identification | 0.50<br>300.00/hr | 150.00 |
|  | FWS | Drafting Documents<br>Complaint | 2.60<br>300.00/hr | 780.00 |
|  | FWS | Drafting Documents<br>Civil Cover Sheet and Summons for 2 Defendants | 0.20<br>300.00/hr | 60.00 |
| 5/7/2007 | FWS | Receive & Review<br>Order Setting Initial Case Management Conference and ADR Deadlines | 0.10<br>300.00/hr | 30.00 |
| 5/8/2007 | FWS | Draft Letter to<br>Client - Re: Case Filed; Copy of the Complaint | 0.10<br>300.00/hr | 30.00 |
|  | FWS | Receive & Review<br>Email from the ECF-Help Desk - Re: Email to Judge's chambers received | 0.10<br>300.00/hr | 30.00 |
|  | FWS | Drafting Documents<br>Service Packets for 2 Defendants | 0.10<br>300.00/hr | 30.00 |
|  | FWS | Draft Email to<br>Judge Zimmerman's Chambers - Re: Emailed copy of Complaint and Exhibits to Judge's Chambers per local rules. | 0.10<br>300.00/hr | 30.00 |

---

Betty Napier                                                                                                                      Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/16/2007 | FWS | Telephone call<br>from Barry Thompson - Re: He will email me his contact information and I will send him a settlement offer. | 0.10<br>300.00/hr | 30.00 |
|  | FWS | Receive & Review<br>Email from Barry Thompson - Re: Contact information and request for settlement offer | 0.10<br>300.00/hr | 30.00 |
|  | FWS | Draft Email to<br>Barry Thompson - Re: Settlement Offer | 0.10<br>300.00/hr | 30.00 |
| 5/24/2007 | FWS | Drafting Documents<br>Summons Returned Executed for 2 Defendants | 0.10<br>300.00/hr | 30.00 |
| 6/18/2007 | FWS | Telephone call<br>To Thompson, Barry R. - Voice Mail - Re: Defendants are in default | 0.10<br>300.00/hr | 30.00 |
| 6/21/2007 | FWS | Drafting Documents<br>Request for Default and related documents for 2 Defendants | 0.50<br>300.00/hr | 150.00 |
| 6/28/2007 | FWS | Receive & Review<br>Clerk's Notice for Entry of Default Against Defendants | 0.10<br>300.00/hr | 30.00 |
| 7/23/2007 | FWS | Receive & Review<br>email from Barry Thompson - Re: He represents Shawn DeLuna and he wants me to send all communications to him in this case | 0.10<br>300.00/hr | 30.00 |
| 7/25/2007 | FWS | Drafting Documents<br>Amended Request for Default and related documents for 2 Defendants | 0.20<br>300.00/hr | 60.00 |
| 8/1/2007 | FWS | Receive & Review<br>Letter re consent from Lashanda Scott | 0.10<br>300.00/hr | 30.00 |
| 8/14/2007 | FWS | Drafting Documents<br>Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment to a United States District Judge | 0.10<br>300.00/hr | 30.00 |
| 8/15/2007 | FWS | Receive & Review<br>Notice of Impending Reassignment to a United States District Court Judge | 0.10<br>300.00/hr | 30.00 |
|  | FWS | Receive & Review<br>Order reassigning case to Judge Maxine M. Chesney | 0.10<br>300.00/hr | 30.00 |
| 8/17/2007 | FWS | Telephone call<br>To Michele D. Napier - Re: Case Update - I will mail the declaration to her and she will have Betty sign it for me.  She will then bring it back next week. | 0.10<br>300.00/hr | 30.00 |

Betty Napier                                                                                                                    Page    3

|            |     |                                                                                                                                 | Hrs/Rate        | Amount |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------|-----------------|--------|
| 8/17/2007  | FWS | Drafting Documents<br>Declaration of Betty Jean Napier in Support of Motion for Default Judgment                                | 0.30<br>300.00/hr | 90.00  |
|            | FWS | Receive & Review<br>Case Management Conference Order; Standing Orders for Civil Cases Assigned to the Honorable Maxine motions. Chesney | 0.10<br>300.00/hr | 30.00  |
| 8/23/2007  | FWS | Receive & Review<br>Email from Michele Napier - Re: Her mother is still in Washington and will not be back until next month.    | 0.10<br>300.00/hr | 30.00  |
|            | FWS | Draft Email to<br>Michele Napier - Re: Please mail the declaration to Betty to be signed.                                        | 0.10<br>300.00/hr | 30.00  |
| 8/25/2007  | FWS | Drafting Documents<br>Request to Continue Case Management Conference and Proposed Order                                          | 0.20<br>300.00/hr | 60.00  |
| 8/27/2007  | FWS | Receive & Review<br>Order Granting Request to Continue Case Management Conference                                                | 0.10<br>300.00/hr | 30.00  |
| 9/27/2007  | FWS | Review File<br>Preparing Time records for Motion for Default                                                                     | 0.40<br>300.00/hr | 120.00 |
|            | FWS | Drafting Documents<br>Notice of Motion and Motion with Memorandum of Points and Authorities in Support of Default Judgment       | 1.70<br>300.00/hr | 510.00 |
| 9/28/2007  | FWS | Drafting Documents<br>Declaration of Fred Schwinn in Support of Motion for Default Judgment                                      | 0.50<br>300.00/hr | 150.00 |
|            | FWS | Drafting Documents<br>Declaration of Ron Wilcox in Support of Motion for Attorney Fees                                           | 0.10<br>300.00/hr | 30.00  |
|            | FWS | Drafting Documents<br>Declaration of Scott Maurer in Support of Motion for Attorney Fees                                         | 0.10<br>300.00/hr | 30.00  |
| 10/1/2007  | FWS | Meeting with<br>Ronald Wilcox - Re: Expert Declaration in Support of Motion for Attorney Fees and Costs                          | 0.30<br>300.00/hr | 90.00  |
|            | FWS | Meeting with<br>Scott Maurer - Re: Expert Declaration in Support of Motion for Attorney Fees and Costs                           | 0.30<br>300.00/hr | 90.00  |
| 10/5/2007  | FWS | Telephone call<br>Client - Re: Case Update - We will file our Motion for Default Judgment today                                  | 0.30<br>300.00/hr | 90.00  |

Betty Napier                                                                                           Page    4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---:|---:|
| 10/5/2007 | FWS | Drafting Documents<br>Declaration of Fred Schwinn in Support of Motion for Default Judgment | 0.20<br>300.00/hr | 60.00 |
|  | FWS | Drafting Documents<br>Notice of Motion and Motion with Memorandum of Points and Authorities in Support of Default Judgment | 0.50<br>300.00/hr | 150.00 |
|  |  | **For professional services rendered** | **11.60** | **$3,480.00** |

Additional Charges :

|  |  |  | Qty/Price | Amount |
|---|---|---|---:|---:|
| 5/5/2007 | FWS | Research Expenses<br>Accurint - $12.50 - Re: Defendant Identification | 1<br>12.50 | 12.50 |
| 5/7/2007 | FWS | Photocopying Expense<br>78 Copies @ $.20/copy - Re: Copies of Complaint and Summons for filing with the Clerk of the District Court | 78<br>0.20 | 15.60 |
|  | FWS | Filing Fee Expense<br>Case Filing Fee - $350.00 | 1<br>350.00 | 350.00 |
| 5/8/2007 | FWS | Photocopying Expense<br>22 Copies @ $.20/copy - Re: Copy of Complaint sent to Client | 22<br>0.20 | 4.40 |
|  | FWS | Postage Expense<br>Postage Expense - $1.35 - Re: Copy of Complaint sent to Client | 1<br>1.35 | 1.35 |
| 5/16/2007 | FWS | Process Server Fees<br>One Legal, Inc. - $69.25 - Re: Shawn Michael DeLuna | 1<br>69.25 | 69.25 |
| 5/22/2007 | FWS | Process Server Fees<br>One Legal, Inc. - $64.00 - Re: Collection Bureau of America, Ltd. | 1<br>64.00 | 64.00 |
| 6/21/2007 | FWS | Photocopying Expense<br>56 Copies @ $.20/copy - Re: Requests for Entry of Default against 2 Defendants | 56<br>0.20 | 11.20 |
|  | FWS | Postage Expense<br>Postage Expense - $2.49 -  Re: Requests for Entry of Default against 2 Defendants | 1<br>2.49 | 2.49 |
| 10/5/2007 | FWS | Photocopying Expense<br>55 Copies @ $.20/copy - Re: Motion for Default Judgment and related documents (Chambers Copy) | 55<br>0.20 | 11.00 |

| Betty Napier | | | | Page | 5 |
|---|---|---|---|---|---|
| | | | | **Qty/Price** | **Amount** |
| 10/5/2007 | FWS | Photocopying Expense<br>55 Copies @ $.20/copy - Re: Motion for Default Judgment and related documents (Client's Copy) | | 55<br>0.20 | 11.00 |
| | FWS | Photocopying Expense<br>165 Copies @ $.20/copy - Re: Motion for Default Judgment and related documents served on Defendants | | 165<br>0.20 | 33.00 |
| | FWS | Postage Expense<br>Postage Expense - $1.99 - Re: Motion for Default Judgment and related documents (Chambers Copy) | | 1<br>1.99 | 1.99 |
| | FWS | Postage Expense<br>Postage Expense - $1.99 - Re: Motion for Default Judgment and related documents (Client's Copy) | | 1<br>1.99 | 1.99 |
| | FWS | Postage Expense<br>Postage Expense - $5.97 - Re: Motion for Default Judgment and related documents served on Defendants | | 3<br>1.99 | 5.97 |

| | |
|---|---|
| **Total costs** | **$595.74** |
| **Total amount of this bill** | **$4,075.74** |
| Balance due | $4,075.74 |