Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
BETTY JEAN NAPIER

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY JEAN NAPIER,<br><br>             Plaintiff,<br><br>v.<br><br>COLLECTION BUREAU OF AMERICA, LTD., a California corporation, and SHAWN MICHAEL DELUNA, as an individual and in his official capacity,<br><br>             Defendants. | Case No. C07-02429-MMC<br><br>**EXPERT DECLARATION OF RONALD WILCOX IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS** |

I, Ronald Wilcox, declare under penalty of perjury, under the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

1. In addition to being a member in good standing of the State Bar of California, I am a member in good standing of the bars of the U.S. District Court for the Northern District of California and U.S. District Court for the Eastern District of California.

2. I hold Bachelors' and Masters' degrees from New York University, a graduate certificate in management from Harvard University, and a Juris Doctorate from Indiana University. I served as Managing Editor of the Indiana Journal of Global Legal Studies. I have engaged in studies at Stanford University.

3. I have more than 12 years of experience in the legal profession, either working for legal clinics, law firms, in-house counsel, interning for a U.S. Magistrate Judge, or

-1-

DECLARATION OF RONALD WILCOX                                                                 Case No. C07-02429-MMC

1  private practice, and have been a licensed attorney in California since 1995.

2      4.    During my tenure as a consumer attorney I have published articles in the San Francisco and Los Angeles Daily Law Journals, the California Bankruptcy Reporter, and have been interviewed, and quoted, by the Wall Street Journal and the San Jose Mercury News. I have assisted numerous consumers in both chapter 7 and chapter 13 bankruptcies, and in Fair Debt Collection Practices Act (FDCPA) matters. I have represented consumers in courts in San Jose, San Francisco, Oakland, Sacramento, Modesto, and Fresno, and have assisted numerous consumers in regard to their rights under federal and state law, including FDCPA litigation. I have assisted approximately two thousand clients in bankruptcy matters, and more than two hundred clients in FDCPA matters.

    5.    I have qualified to be a panel member of the Santa Clara County Bar's Bankruptcy and Insolvency section. Previously, in 2005 I served as Chairman of the San Jose Division-Chapter 13 Subcommittee, directing monthly meetings to help local attorney's stay abreast of current issues in consumer bankruptcy law and consumer issues in regard to debtor-creditor issues.

    6.    I have attended Continuing Legal Education seminars regarding consumer law in Sacramento, San Francisco, Oakland, San Jose, New York, Chicago, Kansas City, Atlanta, Albuquerque, Minneapolis, and Boston. I have also attended the National Consumer Law Center's Annual Conferences in Atlanta, Oakland, and Boston; the National Association of Chapter 13 Trustee's Annual Convention in New York; and the National Association of Bankruptcy Attorney's Annual Conventions in Las Vegas, San Francisco, and San Diego. I also donate my time to the Alexander Community Law Center, directing law student interns who assist consumers on financial and legal matters.

    7.    I have been co-counsel in several consumer class actions under the FDCPA; a number which are pending, and several which have been certified by the Northern and Eastern Districts of California.

    8.    I am familiar with the hourly rates for consumer protection litigation charged in the San Francisco Bay Area by attorneys with experience, skill, and reputation similar to those of Fred W. Schwinn. My familiarity with such rates derives from my knowledge of the billing

-2-

DECLARATION OF RONALD WILCOX     Case No. C07-02429-MMC

1  practices of private law firms in the San Francisco Bar Area and from my own experience in billing
2  clients in consumer litigation cases.

3    9.    The market rate in the San Francisco Bay Area for federal litigation of
4  consumer law issues that are similar in difficulty and complexity to the issues herein is a range
5  extending from $280 to $435 per hour, depending on the skill, experience and reputation of the
6  attorney.

7    10.    Based on my personal experience and comments from others in the legal
8  community, I believe that Fred W. Schwinn is one of only a very few attorneys in the San Francisco
9  Bay Area who exclusively represents consumers in consumer bankruptcy <u>and</u> debtor-creditor
10 litigation, particularly with regard to matters arising under the various federal and state consumer
11 protection statutes and regulations. I believe that his requested hourly rate of $325.00 is entirely fair
12 and reasonable, given Mr. Schwinn's experience, qualifications and expertise in the representation
13 of consumers in debtor-creditor litigation. My hourly rate for legal services is currently billed at
14 $325 per hour. On August 25, 2005, the Honorable Ronald M. Whyte awarded me compensation
15 at the rate of $300 per hour, relating to a motion for fees and costs for defendant's failure to waive
16 service. *Davilla v. Thinline et al.*, 2005 U.S. Dist. LEXIS 18163 (N.D. Cal. 2005). The case was
17 brought under the Fair Debt Collection Practices Act to redress defendant false, deceptive and
18 misleading collection letters. On December 14, 2005, the Honorable Patricia Trumbull awarded me
19 compensation at the rate of $300 per hour relating to a motion to enforce a settlement agreement and
20 for sanctions *Grinzi v. Barnes*, 2005 U.S. Dist. LEXIS 33094 (N.D. Cal. 2005). The case was
21 brought under the Fair Debt Collection Practices Act to redress defendants abusive and deceptive
22 collection practices. On February 22, 2006, the Honorable Neal Cabrinha awarded me
23 compensation at the rate of $300 per hour. *Campos v. Phillips & Cohen*, Santa Clara County
24 Superior Court, 1-05-CV-047130. The case was brought under the Fair Debt Collection Practices
25 Act to redress defendant's use of unlawful collection letters. On November 13, 2006, the Honorable
26 Ronald M. Whyte awarded me compensation at the rate of $300 per hour, relating to a contested
27 motion to remand, specifically finding $300 per hour was consistent with what is charged in the
28 community for similar service. *Solloway v. Allied Interstate*, C06-04814-RMW, Docket #23. The

DECLARATION OF RONALD WILCOX                                         Case No. C07-02429-MMC

1  case was brought under the California Fair Debt Collection Practices Act to redress defendant's use of unlawful collection letters. On February 13, 2007, the Honorable Labson Freeman awarded me compensation at the rate of $300 per hour, relating to contested motion for sanctions. *Thompson v. MBNA America Bank*, CIV451878, San Mateo County Superior Court. The case was brought under the California Rosenthal Fair Debt Collection Practices Act and identity theft law, to redress defendant's abusive, deceptive and misleading collection practices.

11.   In the San Francisco Bay Area it is customary for lawyers to itemize and bill their clients separately, in addition to their regular hourly rate, for expert witness fees, court reporter fees, long distance telephone calls, on-line research charges, copying and facsimile costs, postage and delivery charges, and travel costs, including mileage, tolls, and parking.

12.   I am not being paid to submit this Declaration. I am not related with any of the parties in this action and I have no financial interest in the outcome of this case.

Executed at San Jose, California on October 1, 2007.

_/s/ Ronald Wilcox_
Ronald Wilcox (SBN 176601)
Attorney at Law
2160 The Alameda, First Floor, Suite F
San Jose, California 91526
Telephone Number: (408) 296-0400
Facsimile Number: (408) 296-0486
Email Address:
ronaldwilcox@post.harvard.edu