Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
BETTY JEAN NAPIER

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| BETTY JEAN NAPIER,<br><br>                              Plaintiff,<br><br>v.<br><br>COLLECTION BUREAU OF AMERICA, LTD., a California corporation, and SHAWN MICHAEL DELUNA, as an individual and in his official capacity,<br><br>                              Defendants. | Case No.  C07-02429-MMC<br><br>**EXPERT DECLARATION OF SCOTT MAURER IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEY FEES AND COSTS** |

I, Scott Maurer, declare under penalty of perjury, under the laws of the United States, 28 U.S.C. § 1746, that the following statements are true:

1.      I am a member in good standing of the California State Bar.  This declaration is submitted in support of Plaintiff's motion for reasonable attorneys' fees and expenses.   I make this declaration based on my own personal knowledge, except for those statements based on information and belief, and as to those matters I believe them to be true, and if called upon as a witness could and would testify thereto.

2.      I graduated from Santa Clara University School of Law with distinction in 1995.  I was admitted to the bar in December, 1995.  Since February 1, 1996, I have been a Supervising Attorney at the Katharine and George Alexander Community Law Center (formerly known as the East San Josè Community Law Center).  At the Law Center, I supervise the handling

1    of all consumer cases.

2           3.      In 2004, I filed a motion for attorney's fees in conjunction with an FDCPA

3    case, seeking to be awarded fees at a rate of $280 per hour. On March 16, 2004, the Honorable

4    James Ware awarded me the rate of $280 per hour and 100% of the fees requested. (Case No. C 03-

5    03128, *Gonzales v. Exigere*, N.D. Cal; Order Granting Plaintiff's Motion for Default Judgment

6    Pursuant to Rule 55(b)(2), 11:11-12:7).

7           4.      In the last twelve months, I have been awarded $300 per hour for my work

8    by three different trial court judges, as described in more detail in ¶¶ 5-7 below. Although those

9    cases did not involve the FDCPA, all were consumer cases and all involved alleged violations of

10   California's Automobile Sales Finance Act (ASFA). In my opinion these ASFA cases are similar

11   in complexity to FDCPA cases.

12          5.      On May 30, 2006, the Honorable Gregory H. Ward awarded 100% of the fees

13   requested, and issued an order specifically finding that the $300 per hour was reasonable. (Case No.

14   1-05-CV-038566, *Solorzano v. Lobel Financial et al*, Santa Clara County Superior Court; Order

15   Awarding Attorney's Fees to Plaintiff's Counsel).

16          6.      On November 28, 2006, the Honorable Neal A. Cabrinha issued an order

17   following a contested fee motion awarding me fees at $300 per hour. Again, the order specifically

18   found that my requested rate was reasonable. The order was entered on December 6, 2006 in *Ford*

19   *Motor Credit Company v. Perea*, Santa Clara County Case Number 1-05-CV-049314.

20          7.      On January 31, 2007, the Honorable Richard Keller issued an order following

21   a contested fee motion awarding me fees at $300 per hour. Again, the order specifically found that

22   my requested rate was reasonable. *Pacific Credit Service Union v. Samper*, Alameda County Case

23   Number FD 52455455.

24          8.      I am familiar with Ms. Schwinn's work by, among other things, his

25   volunteering at our law clinic. I am also familiar with attorney's rates in this geographical area.

26          9.      I understand that Ms. Schwinn is seeking a rate of $300 per hour. I

27   understand that Mr. Schwinn was first admitted in 1997. Based on my work with Mr. Schwinn, I

28   believe his expertise in FDCPA issues is comparable to my own. Based on all of the above, and on

DECLARATION OF SCOTT MAURER                                    Case No. C07-02429-MMC

1  standard rates in the area from my own knowledge, I believe that $300 is a reasonable hourly rate

2  for Mr. Schwinn's time.

3          Executed at San Jose, California on October 1, 2007.

4

5

                    Scott Maurer (SBN 180830)
6                   Alexander Community Law Center
                    1030 The Alameda
7                   San Jose, California 91526
                    Telephone Number: (408) 288-7030
8                   Email Address: smaurer@scu.edu

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-