**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BETTY JEAN NAPIER,<br><br>                Plaintiff,<br><br>v.<br><br>COLLECTION BUREAU OF AMERICA, LTD., a California corporation, and SHAWN MICHAEL DELUNA, as an individual and in his official capacity,<br><br>                Defendants. | Case No. C07-02429-MMC<br><br>**[PROPOSED] JUDGMENT** |

This action came on for hearing before the Court, Honorable Maxine M. Chesney, District Judge, presiding, and the issues having been duly heard and a decision having been duly rendered,

It is Ordered and Adjudged that the plaintiff, BETTY JEAN NAPIER, recover of defendants, COLLECTION BUREAU OF AMERICA, LTD., and SHAWN MICHAEL DELUNA, the sum of $6,075.74, with interest thereon at the rate provided by law.

Dated at San Francisco, California, this _____ day of November, 2007.

 

                                                            The Honorable Maxine M. Chesney
                                                            Unites States District Judge