Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2403
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
BETTY JEAN NAPIER

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BETTY JEAN NAPIER,<br><br>                        Plaintiff,<br><br>v.<br><br>COLLECTION BUREAU OF AMERICA, LTD., a California corporation, and SHAWN MICHAEL DELUNA, as an individual and in his official capacity,<br><br>                        Defendants. | Case No.  C07-02429-MMC<br><br>**CERTIFICATE OF SERVICE BY MAIL** |

STATE OF CALIFORNIA        )
                                                 ) ss:
COUNTY OF SANTA CLARA  )

   I am employed in the County of Santa Clara, California.  I am over the age of eighteen years and not a party to the within entitled cause.  My business address is 12 South First Street, Suite 1014, San Jose, California  95113-2403.  On October 5, 2007, I served the following:

   1.   NOTICE OF MOTION AND MOTION WITH MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFAULT JUDGMENT

   2.   DECLARATION OF BETTY JEAN NAPIER IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

   3.   DECLARATION OF FRED W. SCHWINN IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AWARDING ATTORNEY FEES AND COSTS

   4.   EXPERT DECLARATION OF RONALD WILCOX IN SUPPORT OF MOTION FOR ATTORNEY FEES AND COSTS

   5.   EXPERT DECLARATION OF SCOTT MAURER IN SUPPORT OF MOTION

-2-

FOR ATTORNEY FEES AND COSTS

6. PROPOSED JUDGMENT

on the interested parties in said cause, by placing a true and correct copy thereof in a sealed envelope with postage fully prepaid thereon and depositing it in the United States mail at San Jose, California addressed as follows:

**CHAMBERS COPY:**
The Honorable Maxine M. Chesney
United States District Court
450 Golden Gate Avenue, Room 16-1111
San Francisco, CA 94102

**DEFENDANT:**
Collection Bureau of America, Ltd.
c/o Barry Thompson, Agent for Service
407 Sherman Avenue, Suite C
Palo Alto, CA 94306-1872

**DEFENDANT:**
Shawn Michael Deluna
Collection Bureau of America, Ltd.
25954 Eden Landing Road, First Floor
Hayward, CA 94545-3899

**DEFENDANTS:**
Shawn Michael Deluna
206 Castilian Way
San Mateo, CA 94402-2307

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Jose, California on October 5, 2007.

/s/ Fred W. Schwinn

CERTIFICATE OF SERVICE BY MAIL                                    Case No. C07-02429-MMC