1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2403
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   BETTY JEAN NAPIER

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| BETTY JEAN NAPIER,<br><br>    Plaintiff,<br><br>v.<br><br>COLLECTION BUREAU OF AMERICA, LTD., a California corporation, and SHAWN MICHAEL DELUNA, as an individual and in his official capacity,<br><br>    Defendants. | Case No. C07-02429-MMC<br><br>**REQUEST TO TAKE CASE MANAGEMENT CONFERENCE OFF CALENDAR AND [PROPOSED] ORDER** |

Plaintiff in the above-entitled action requests that the Court take the Case Management Conference currently scheduled for November 2, 2007, off calendar, or in the alternative, continue the Case Management Conference to November 9, 2007, at 9:00 a.m.

On June 27, 2007, the Court Clerk entered the default of both Defendants in this case. (Doc. 14) On October 5, 2007, Plaintiff filed a Motion for Default Judgment against both Defendants. (Doc. 18) The hearing on Plaintiff's Motion for Default Judgment is set for November 9, 2007, at 9:00 a.m. before this Court. Defendants' response to said motion was due on or before October 19, 2007, pursuant to Civil L.R. 7-3, but Defendants have not filed a response and are in default. Additionally, Plaintiff's counsel has a calendar conflict on November 2, 2007, as he will be in Topeka, Kansas on a scheduled vacation with his family. In light of Defendants' continued default in this matter and Plaintiff's counsel's calendar conflict with the currently scheduled Case Management Conference, Plaintiff requests that the Case Management Conference be taken off

calendar and that the Court enter a Judgment by default in this matter without requiring a further appearance by Plaintiff. In the alternative, Plaintiff requests that the Court continue the Case Management Conference to November 9, 2007, at 9:00 a.m.

Dated: October 22, 2007                    /s/ Fred W. Schwinn
                                                         Fred W. Schwinn, Esq.
                                                         Attorney for Plaintiff
                                                         BETTY JEAN NAPIER

## [PROPOSED] ORDER

Having considered the Plaintiff's Request to Take Case Management Conference Off Calendar, or in the alternative, to continue Case Management Conference, the request is hereby GRANTED. (Please check all that apply)

☐    The Case Management Conference in this matter is taken off calendar and no appearance by Plaintiff is required.

☐    The hearing on Plaintiff's Motion for Default Judgment set for November 9, 2007, at 9:00 a.m. is hereby taken off calendar and the matter is deemed submitted.

☐    The Case Management Conference shall be held on November 9, 2007, at 9:00 a.m. in Courtroom 7. No Case Management Statement will be required from Plaintiff.

Dated: _____

                                                                    Honorable Maxine M. Chesney
                                                                    United States District Judge