United States District Court

For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   BETTY JEAN NAPIER,                          No. C-07-2429 MMC

12              Plaintiff,                        **ORDER GRANTING PLAINTIFF'S**
         v.                                       **MOTION FOR DEFAULT JUDGMENT;**
13                                                **VACATING HEARING AND CASE**
     COLLECTION BUREAU OF AMERICA,                **MANAGEMENT CONFERENCE**
14   LTD., et al.,

15              Defendants
                                              /
16

17        Before the Court is plaintiff's motion for default judgment, pursuant to Rule 55(b)(2)

18   of the Federal Rules of Civil Procedure, filed October 5, 2007.  Although defendants have

19   not appeared in the action, defendants were served with a copy of the motion, (see

20   Attachment to Motion ("Certificate of Service by Mail") at 2), and no opposition has been

21   filed.[1]

22        Having considered the papers filed in support of the motion, the Court deems the

23   matter suitable for decision thereon, VACATES the November 9, 2007 hearing on the

24   matter, and, for the reasons stated by plaintiff, GRANTS the application and awards plaintiff

25   damages, attorney's fees and costs in the total amount of $6,075.74, as follows:

26        1.  Pursuant to 15 U.S.C. § 1692k, plaintiff is awarded statutory damages in the

27

28        [1] Under Civil Local Rule 7-3(a), any opposition was to be filed no later than October
     19, 2007.

1  amount of $1,000.00.

2        2.  Pursuant to Cal. Civil Code § 1788.17, plaintiff is awarded statutory damages in

3  the amount of $1,000.00.

4        3.  Pursuant to 15 U.S.C. § 1692k, plaintiff is awarded attorney's fees in the amount

5  of $3,480.00, an amount the Court finds reasonable under the circumstances.

6        4.  Pursuant to 15 U.S.C. § 1692k, plaintiff is awarded costs in the amount of

7  $595.74.

8        The Clerk is directed to enter judgment in favor of plaintiff and against defendants.

9        In light of the foregoing, the November 2, 2007 case management conference is

10  hereby VACATED.

11        **IT IS SO ORDERED.**

12

13  Dated: October 29, 2007

MAXINE M. CHESNEY
14                                                                         United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2