IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BETTY JEAN NAPIER,

        Plaintiff,

  v.

COLLECTION BUREAU OF AMERICA, LTD., et al.,

        Defendants.

No. CV-07-2429 MMC

**JUDGMENT IN A CIVIL CASE**

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** the Court GRANTS plaintiff's application and awards plaintiff damages, attorney's fees and costs in the total amount of $6,075.74, as follows:

    1. Pursuant to 15 U.S.C. § 1692k, plaintiff is awarded statutory damages in the amount of $1,000.00.

    2. Pursuant to Cal. Civil Code § 1788.17, plaintiff is awarded statutory damages in the amount of $1,000.00.

    3. Pursuant to 15 U.S.C. § 1692k, plaintiff is awarded attorney's fees in the amount of $3,480.00, an amount the Court finds reasonable under the circumstances.

1    4. Pursuant to 15 U.S.C. § 1692k, plaintiff is awarded costs in the amount of
2 $595.74.
3    Judgment is entered in favor of plaintiff and against defendants.
4
5
6
7 Dated: November 1, 2007                                    Richard W. Wieking, Clerk
8                                                            *Tracy Lucero*
9                                                            By: Tracy Lucero
                                                             Deputy Clerk
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28